**FILED**
SEP 26 2024
CLERK'S OFFICE
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                                                Criminal No. 24-cr-20532

v.

                                                Honorable Susan K. DeClercq

William A. Smith,

       Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT OF INFORMATION

---

    I, WILLIAM A. SMITH, defendant in this case, hereby acknowledge that I have received a copy of the Information before entering my plea, and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

As to Count One:
    <u>Wire Fraud – 18 U.S.C. § 1343</u>
- Up to 20 years' imprisonment and/or a fine of $250,000.00, or twice the gross pecuniary gain to the defendant or gross loss to the victim resulting from the offense.

As to Count Two:
    <u>Laundering of Monetary Instruments – 18 U.S.C. § 1956(a)(1)(B)(i)</u>
- Up to 20 years' imprisonment and/or a fine of $500,000, or twice the value of the property involved in the transaction.

                                                  */s/ William A. Smith*
                                                  WILLIAM A. SMITH
                                                  Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Gerald Evelyn
Counsel for Defendant

Dated: 9/26/24