## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs

WILLIAM A. SMITH,

    Defendant.

Case No. 2:24-cr-20532

Hon. Susan DeClercq

_____

### STIPULATED ORDER TO ADJOURN SENTENCING HEARING

NOW COME the parties, the United States of America ("Plaintiff"), by and through AUSA, Robert A. Moran, and William A. Smith ("Defendant"), by and through his counsel, Gerald K. Evelyn, do hereby enter this stipulation adjourning the March 20, 2025, 2:00 p.m. Sentencing Hearing to April 24, 2025, at 10:00 a.m.

1

Therefore, the parties stipulate that the Sentencing Hearing is adjourned from March 20, 2025, at 2:00 p.m. to April 24, 2025, at 10:00 a.m.

So stipulated:

| | |
|---|---|
| /s/ Robert A. Moran (w/consent) | s/ Gerald K. Evelyn |
| Robert A. Moran | Gerald K. Evelyn |
| Assistant United States Attorney | 409 East Jefferson Ave., Ste. 500 |
| 211 W. Fort Street, Suite 2001 | Detroit, MI  48226 |
| Detroit, MI  48226 | (313) 962-3500 |
| (313) 226-9553 | geraldevelyn@yahoo.com |
| robert.moran@usdoj.gov | Counsel for Defendant |
| Counsel for Plaintiff | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs

WILLIAM A. SMITH,

    Defendant.

Case No. 2:24-cr-20532

Hon. Susan DeClercq

_____

## **ORDER GRANTING ADJOURNMENT OF SENTENCING HEARING**

The Court having been advised in the premises, and with the stipulation of the parties, does hereby order that the March 20, 2025, 2:00 p.m., Sentencing Hearing is adjourned to April 24, 2025, at 10:00 a.m.

Dated:

/s/_____
Susan DeClercq
United States District Judge