UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                     Plaintiff,

v.                                          Case No. 2:24−cr−20532−SKD−EAS
                                              Hon. Susan K. DeClercq

William A. Smith,

                     Defendant(s),

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  William A. Smith

The defendant(s) shall appear before District Judge Susan K. DeClercq at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  March 4, 2025 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/K. Brown
                                                                 Case Manager

Dated:  March 3, 2025