IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>WILLIAM A. SMITH,<br><br>      Defendant. | Case No.  24-cr-20532<br>Hon. Susan K. DeClercq |

## **STIPULATED BRIEFING SCHEDULE**

The United States of America, together with Defendant William Anthony Smith, by and through undersigned counsel, submit this stipulated briefing schedule for immediate entry.  For the reasons discussed at the status conference on March 4, 2025, the following briefing schedule applies to the Government's Partial Consent Application for Entry of a Preliminary Order of Forfeiture (ECF 24):

- Defendant's response shall be due March 24, 2025;
- The Government's reply shall be due April 3, 2025; and
- Defendant's sur-reply, if any, shall be due April 10, 2025.

1

The parties may submit evidence in support of their briefs, but only in response to arguments raised by the opposing party.

**SO STIPULATED AND AGREED:**

| | |
|---|---|
| JULIE A. BECK<br>Acting United States Attorney | /s/ *Gerald K. Evelyn*<br>Gerald K. Evelyn (P29182)<br>Robert E. Higbee (P82739) |
| /s/ *K. Craig Welkener*<br>K. Craig Welkener (DC 1033585)<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226<br>(313) 226-0248<br>Kenton.Welkener@usdoj.gov | Attorneys for Defendant Smith<br>409 East Jefferson Ave., Ste. 500<br>Detroit, MI 48226<br>(313) 962-3500<br>geraldevelyn@yahoo.com<br>robhigbee@gmail.com |
| Dated: March 4, 2025 | Dated: March 4, 2025 |

*******************************

**IT IS SO ORDERED.**

Dated: March 6, 2025            s/Susan K. DeClerq
                                Honorable Susan K. DeClercq
                                United States District Judge

2