UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

             Plaintiff(s),　　　　　　　Case No. 2:24-cr-20532

v.　　　　　　　　　　　　　　　　Judge  Susan K. DeClercq

William A. Smith,　　　　　　　　Magistrate Judge

             Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that  William A. Smith  [Name of Party]  appeals to the United States Court of Appeals for the Sixth Circuit from the:  ☑ Judgment   ☐ Order

☐ Other: _____

entered in this action on  May 1, 2025  [Date].

Date: May 14, 2025

Counsel is: Retained
[CJA, FDO, pro se, pro bono, retained, U.S.Atty]

s/Gerald K. Evelyn
Signature

P29182
Bar No.

409 East Jefferson Avenue, Suite 500
Street Address

Detroit, MI 48226
City, State  Zip Code

(313) 962-3500
Telephone Number

geraldevelyn@yahoo.com
Primary Email Address

Appellant:  Please file this form with the District Court Clerk's Office.  If you are paying the filing fee, please make your $605.00 check payable to:  Clerk, U.S. District Court.