UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                    Plaintiff,

v.                                                    Case No. 2:24–cr–20532–SKD–EAS
                                                      Hon. Susan K. DeClercq

William A. Smith,

                    Defendant(s),

_____

## NOTICE TO APPEAR REMOTELY

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Susan K. DeClercq as follows:

Government attorney(s) are hereby notified to participate as well as the defense attorney(s) for:  William A. Smith

- STATUS CONFERENCE:  June 17, 2025 at 11:00 AM

The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys–only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non–participants without the Court's advance approval.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                        By: s/K. Brown_____
                                            Case Manager

Dated:  June 12, 2025