## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs

WILLIAM A. SMITH,

    Defendant.

Case No. 2:24-cr-20532

Hon. Susan DeClercq

_____

### MOTION TO FILE, UNDER SEAL, DEFENDANT WILLIAM SMITH'S MOTION TO EXTEND DEFENDANT'S SELF-SURRENDER DATE

NOW COMES the Defendant, William A. Smith, by and through his counsel, Gerald K. Evelyn and Robert E. Higbee and requests this Honorable Court file Under Seal Defendant's Motion to Extend Defendant's Self-Surrender Date.

Defendant's Motion to Extend Self-Surrender Date contains sensitive, personal medical information.

The Government does not object to this motion being filed under seal.

                                          Respectfully submitted,

                                          s/ Gerald K. Evelyn
                                          Gerald K. Evelyn
                                          Counsel for Defendant
                                          409 East Jefferson Ave., Ste. 500
                                          Detroit, MI  48226
                                          (313) 962-3500
                                          geraldevelyn@yahoo.com

                                          s/ Robert E. Higbee
                                          Robert E. Higbee
                                          Co-Counsel for Defendant
                                          409 East Jefferson Ave., Ste. 500
                                          Detroit, MI  48226
                                          (313) 962-3500
                                          robhigbee@gmail.com

Dated: August 7, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2025, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

                                                           s/ Gerald K. Evelyn
                                                         Gerald K. Evelyn
                                                         Counsel for Defendant
                                                         409 East Jefferson Ave., Ste. 500
                                                         Detroit, MI  48226
                                                          (313) 962-3500
                                                         geraldevelyn@yahoo.com