UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,                        Case No. 2:24-cr-20532

v.                                  Honorable Susan K. DeClercq
                                          United States District Judge

WILLIAM A. SMITH,

                Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO FILE UNDER SEAL DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE (ECF No. 44)

The Court having been advised in the premises, **IT IS HEREBY ORDERED** that Defendant's Motion to File Defendant's Motion to Extend Self-Surrender Date Under Seal, ECF No. 44, is **GRANTED**. Defendant is **DIRECTED** to file the above-described motion on the docket under seal **on or before August 7, 2025**, and provide a copy to the Government. If the Government wishes to respond, the Government must do so **on or before August 9, 2025**.  The Government is further **DIRECTED** to file any such response under seal, and provide a copy to the Defense.

                                         */s/Susan K. DeClercq*
                                         SUSAN K. DeCLERCQ
                                         United States District Judge

Dated: August 7, 2025

1