UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,           Case No. 24-cr-20532
                                          Honorable Susan K. DeClercq

vs.

William A. Smith,

                Defendant.

---

### Application to Amend Stipulated Preliminary Order of Forfeiture

---

The United States applies to this Court to enter a First Amendment to the Stipulated Preliminary Order of Forfeiture that will (1) clarify asset descriptions; (2) remove assets which shall not be forfeited; (3) substitute the proceeds realized from certain assets in lieu of forfeiting the assets themselves; and (4) include newly discovered property available for forfeiture.  The issue of attorney fees related to the forfeiture of two retirement accounts (*see* ECF 30) remains pending before the Court, and remains unchanged by the proposed order.

**Background:** On April 7, 2025, the Court entered a Stipulated Preliminary Order of Forfeiture ("Order") forfeiting assets a through rrr.  The property was also included in the Judgment entered against the defendant on May 1, 2025. (ECF No. 36).

The government has since received more complete descriptions of some of the property referenced in paragraph 1 and has discovered additional property subject to forfeiture.

The Court retains jurisdiction to enforce the Preliminary Order of Forfeiture and to amend it as necessary under Federal Rule of Criminal Procedure 32.2. Further, the Court has jurisdiction to correct clerical errors in an order under Federal Rule of Criminal Procedure 36.

**Requested Amendments:** Pursuant to Federal Rules of Criminal Procedure 32.2 and 36, the government respectfully requests to amend the list of property to be forfeited as follows:

   a. *Clarify asset descriptions* with slight modifications to ensure that personal property item descriptions match the appraisal descriptions as appropriate, and all real property items contain their applicable legal descriptions;

   b. *Remove assets for which forfeiture will not be pursued*: specifically items q (a Chase Bank Account ending in 2006, which had a $0 balance), and fff (16551 Biltmore, Detroit, which Defendant had conveyed in 2020);

   c. *To substitute the proceeds* realized from certain assets in lieu of forfeiting the assets themselves, specifically items xx ($5,000.00 in lieu of real property located at 14026 Mark Twain, Detroit, MI 48223[1]), eee ($67,432.83 sale proceeds in lieu of certain vacant lots in

---

[1] This property was foreclosed without notice to the Government, despite the existence of a federal affidavit of interest.  Instead of unwinding the sale pursuant to applicable federal law and attempting to recoup funds from the potential sale of

Idlewild, MI[2]), and ppp ($86,398.97 sale proceeds in lieu of 2087 Holtz Lane, Atlanta[3]); and

d. *Include newly discovered property available for forfeiture*, specifically two street sweepers, a trailer, and interests in a cooperative membership at 2077 Hyde Park Drive, Detroit, MI (items sss, ttt, uuu, and vvv, respectively).

**Analysis of 2077 Hyde Park Drive:** As detailed in the attached declaration of Financial Litigation Analyst Steven Bowler, at least $55,000 of Mr. Smith's fraud proceeds from this case were used to purchase the cooperative membership at 2077 Hyde Park Drive, Detroit, MI.  Decl. ¶¶ 4-5.  These proceeds represented a significant portion of the total $134,548.92 purchase price.  *Id.*

This asset is thus trebly subject to forfeiture.  *First,* the asset is subject to forfeiture as proceeds of the underlying embezzlement.  18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461(c); ECF No. 22, PageID.86 (Plea Agreement agreeing to forfeit all proceeds); Decl. ¶ 5.  *Second*, the asset is subject to forfeiture as a substitute asset to satisfy Smith's forfeiture money judgment, as Defendant's spending and money laundering have only allowed the United States to locate a portion of the $44.3 million in embezzled funds, despite the

---

a heavily mortgaged, vacant property, the Government has agreed to accept $5,000 in exchange for releasing its affidavit of interest.

[2] These lots were sold pursuant to stipulated order, and the proceeds sent to the U.S. Marshal Service.

[3] This property was also sold pursuant to stipulated order, and the proceeds sent to the U.S. Marshal Service.

exercise of due diligence. 21 U.S.C. § 853(p) (forfeiture of substitute assets); 28

U.S.C. 2461(c) ("[t]he procedures in [21 U.S.C. § 853] apply to all states of a

criminal forfeiture proceeding]); ECF No. 22, PageID.87 (Plea Agreement

agreeing to forfeiture of substitute assets); Decl. ¶¶ 6-9.  While the asset is in the

name of a third party, the United States will provide direct notice to that third

party, and they will be able to assert any claims in ancillary proceedings. Fed. R.

Crim. Pro. 32.2(b)(6) (notice) and 32.2(c)(third party rights). *Third*, the asset is

subject to forfeiture as property involved in money laundering.  18 U.S.C.

§982(a)(1); ECF No. 22, PageID.86 (Plea Agreement agreeing to forfeit any

property involved in money laundering); Decl. ¶ 5.

With these amendments, the new list of assets to be forfeited will read as

follows.  For the convenience of the Court, the **bolded** text highlights what is new.

Cash/Bank Accounts:

a.   $104,682.19 in funds from Bank Account XXXXX9397 held in the name
     of Charlotte Smith and William Smith, III at JPMorgan Chase Bank,
     N.A. Monroe, LA (24-FBI-006702);
b.   $77,827.38 **sale proceeds in lieu of 880 E. M. L. K., Idlewild, MI plus
     any additional funds realized after closing** (25-FBI-000254)[4];
c.   Cashier's check in the amount of $72,721.60 remitted to the United States
     Marshal Service by Global Escrow Solutions LLC **from the sale of
     Pedregal One 203, Los Cabos, Baja California Sur, Mexico** (25-FBI-
     000356);
d.   All funds on deposit in Chase Bank Account 0995 (approximately
     $3,523.01 as of 01/30/2025) (25-FBI-003125);

---

[4] Items b and c are being amended to clarify the source of the funds.

e.  All funds on deposit in Chase Bank Account 2235 (approximately $1,477.88 as of 01/30/2025) (25-FBI-003126);

f.  All funds on deposit in Chase Bank Account 9324 (approximately $3,290.19 as of 01/30/2025) (25-FBI-003127);

g.  All funds on deposit in Chase Bank Account 5531 (approximately $1,119.08 as of 01/30/2025) (25-FBI-003128);

h.  All funds on deposit in Chase Bank Account 9099 (approximately $1,055.67 as of 01/30/2025) (25-FBI-003129);

i.  All funds on deposit in Chase Bank Account 2159 (approximately $947.99 as of 01/30/2025) (25-FBI-003130);

j.  All funds on deposit in Chase Bank Account 1285 (approximately $1,084.26 as of 01/30/2025) (25-FBI-003131);

k.  All funds on deposit in Chase Bank Account 3552 (approximately $199.21 as of 01/30/2025) (25-FBI-003132);

l.  All funds on deposit in Chase Bank Account 8716 (approximately $946.88 as of 01/30/2025) (25-FBI-003133);

m.  All funds on deposit in Chase Bank Account 2056 (approximately $908.80 as of 01/30/2025) (25-FBI-003134);

n.  All funds on deposit in Chase Bank Account 7183 (approximately $1,547.55 as of 01/30/2025) (25-FBI-003135);

o.  All funds on deposit in Chase Bank Account 9169 (approximately $127.94 as of 01/30/2025) (25-FBI-003136);

p.  All funds on deposit in Chase Bank Account 0106 (approximately $2,364.23 as of 01/30/2025) (25-FBI-003137);

q.  **[Asset q intentionally removed – no value];**

r.  All funds on deposit in Chase Bank Account 7813 (approximately $32,389.49 as of 01/30/2025) (25-FBI-003139);

s.  All Funds on deposit in the Capital Group Detroit Riverfront Conservancy 401K Account, Plan ID XXXX3824 (approximately $633,982.87 as of 10/17/2024);

t.  All Funds on deposit in the 401K Account for William Anthony Smith at Paychex, Inc. (approximately $15,000 as of 2/11/2025) (25-FBI-003138);

Vehicles:

u.  2021 Bombardier Can-Am motorcycle, VIN 2BXRDDE41MV000025 (25-FBI-003524);

v.  2021 Bombardier Can-Am motorcycle, VIN 2BXRDDE42MV000017 (25-FBI-003525);

w. 2020 Mercedes Sprinter van, VIN W1WV0FEY8L3745030 (25-FBI-003526);

x. 2019 Jeep Wrangler, VIN 1C4HJXEG7KW533798 (25-FBI-003443);

y. 2022 Chevrolet passenger van, VIN 1GAZGPF77N121430**2** (25-FBI-003527);

z. 2021 36' Cruisers 35 Express Yacht, hull identification number CRSEC214B021, and any proceeds from the sale thereof (25-FBI-002901);

Electronics:

aa. Miscellaneous Electronics (24-FBI-008705):
1. Lenova YOGA Laptop Computer 920-13IKB, SN: PF116TJR;
2. HP Envy X360 m6 Convertible Laptop, SN: 8CG640332C;
3. MacBook Pro, Model A1286, SN: C02HH5SJDV33;
4. iPad 32GB, Model A1397, SN: DLXFPBM4DKPM;
5. iPad, Model A1454, SN: F4KK923BF19G;
6. iPad, Model A1432, SN: F4KJPF87F198;
7. MacBook Air, Model A1370, SN: C02GV5SRDJYD;
8. Lenovo YOGA 920-13IKB Laptop, Model 80Y7, SN: PF17CB6R;
9. Flip phone, SN: Unknown;
10. Cruzer Glide 8GB Flashdrive, SN: Unknown;
11. Blackberry KEY2 phone, Model BBE100-5 with plastic cover, SN: Unknown;
12. Blackberry phone, red in color, SN: Unknown;
13. Blackberry phone, SN: Unknown;
14. Barnes & Noble Nook Tablet, Model BNTV250, SN: Unknown;

Clothing/Shoes/Accessories:

bb. Box of Clothing (24-FBI-008706):
1. THRT, tan and cammo leather pants;
2. Black Gucci pants, size XXXL, style 698426;
3. Black Gucci jacket, red and green stripes down sleeves, size XXXL, style 696802;
4. We Are Legend, tan long sleeved shirt;
5. We Are Legend **button shirt**, orange and black **sealed in bag**;
6. We Are Legend pants, orange and black **sealed in bag**;
7. Paper Planes pants, diamond pattern, gray, white, and black;
8. Detroit Pistons #2 shirt;

6

9. Detroit Pistons Basketball **dry fit long sleeve** shirt;
10. Green and white striped collared shirt;
11. THRT jeans;
12. Paper Planes **Robe XL/XXL**, diamond pattern, gray, white, and black;
13. Puma, dry cell pants, black;
14. Puma, black jacket, 3XL;
15. Paper Planes knit pants, black, style 610003;
16. Paper Planes knit pants, black with white around ankles, style 610013;
17. Paper Planes solid black pants, style 600112;
18. Paper Planes solid black pants, style 600112;
19. Paper Planes solid black pants, style 600112;
20. Gray pony socks;
21. White Paper Planes socks;
22. Black Paper Planes socks;
23. Black Paper Planes knit beanie;
24. Black Paper Planes t-shirt;

cc. Miscellaneous Clothing and Accessories (24-FBI-008707):
1. Pistons Jacket;
2. Louis Vuitton Shoes, cream leather sneakers **in box with dust bag**;
3. Louboutin Backpack, black and red;
4. Givenchy Shoes, black no lace sneakers **in box with dust bag**;
5. Givenchy Shoes, black leather loafers, white sole, red band across top **in box with dust bag**;
6. Louboutin Shoes, black short boots **in box with dust bag**;
7. Alexander McQueen Black Men's Sneakers **in box**;
8. Fendi Shoes, solid black sneakers **in box with dust bag**;
9. Louboutin Shoes, black sneakers with red rippled soles **in box with dust bag**;
10. Louboutin Shoes, cream and tan sneakers with white laces **in box with dust bag**;
11. Louboutin Shoes, black and gray high tops **in box**;
12. Louboutin Shoes, **light** blue high tops **in box with dust bag**;
13. Louboutin Shoes, **dark** blue suede high tops **in box with dust bag**;
14. Louis Vuitton Shoes, black and blue sneakers **in box with dust bag**;
15. Louis Vuitton Shoes, Black leather with laces, white sole **in box with dust bag**;
16. Louis Vuitton Shoes, Black and gray sneaker with laces **in box with dust bag**;

7

17. Gucci Wallet, black with red and green stripe, **in box**;
18. Gucci Hat, wicker with red and black ribbon, **in box**;
19. Gucci Scarf, navy **in box**;
20. Gucci Scarf, black and gray shimmer **in box**;
21. Louis Vuitton Handbag, green with logos, **and two sets of straps, one green one gold chain in box**;
22. Gucci Shoes, white leather with red laces **in box with dust bag**;
23. Fendi Handbag, light and dark brown **in box**;
24. Balenciaga handbag, gray with red and green stripe **in box**;
25. Louboutin Shoes, brown leather sandals **in box with dust bag**;
26. Gucci Shoes, black sneakers with red and green stripes **in box with dust bag**;
27. Gucci Wallet, gold logo with pearls **in box**;
28. Gucci Wallet, tan with Gucci small logos, red and green stripes **in box**;
29. Louis Vuitton Scarf, black and gray **in box**;
30. Louis Vuitton Wallet, tan leather **in box with bag**;
31. Burberry Purse with cashmere scarf, **brown plaid pattern**;
32. Gucci Shoes, black boots **in box with dust bag**;
33. Gucci Shoes, white sneakers with red and blue stripes **in box with dust bag**;
34. Gucci Slides, pink **in box with dust bag**;
35. Givenchy Shoes, black leather loafers, white sole **in box**;
36. Gucci Fanny Pack, white with red and black strap;
37. Chanel Handbag, black with chain handle **in box with dust bag**;
38. Louis Vuitton Scarf, brown with tan logos **in box**;
39. Gucci Tall Boots, tan **with logos in box with dust bag**;

dd. Miscellaneous Clothing and Accessories (24-FBI-008708):
1. Calvin Klein black classic fit t-shirts;
2. Puma Clyde Post Game Runway shoes in regal blue-burnt red, size 13;
3. Pack of Calvin Klein boxers, size XL;
4. Puma **x Dapper Dan T7** Jacket **XXL in Regal Blue**;
5. Puma **x Dapper Dan T7** Pants **in Regal Blue**;
6. Puma **x Dapper Dan T7 Bucket** Hat **L/XL in Regal Blue**;
7. Legacy History Pride sweatshirt, purple and yellow trim;
8. Legacy History Pride shorts, purple and yellow trim;
9. Paper Planes pants, khaki colored;
10. White Paper Planes socks, size XL;
11. Puma **x Dapper Dan white** 'Harlem' shirt;

ee. Miscellaneous Shoes (24-FBI-008709):
1. Gucci **Men's Monogram Logo Low-top white** Sneaker **size 13 in box**;
2. Puma **Men's Clyde OG 75 Lace Up** Sneakers **size 13 in box**;

ff. Miscellaneous Clothing and Accessories (24-FBI-008710):
1. **Gucci 'Ace'** ultra light plume calf **white** sneakers **with red/green stripe** size 13 **in box**;
2. Gucci **Monogram top handle canvas** handbag **in box**;
3. Gucci **zip up hooded** jacket, white with red and **blue** stripes, style 693024, size XXXL;
4. Gucci Ace **ultra light plume calf white** sneakers **with red/green** stripe, size 13 **in box**;

gg. Miscellaneous Shoes (24-FBI-008711):
1. Louboutin **Triumph Bally 1851** sneakers, white/blue calf plain, size 13 **in box**;
2. Gucci **shearling loafers blue with red and green strip** size 13 in **box**;
3. Gucci **tennis 1977 GG canvas casual men's brown sneakers** size 13;
4. Gucci **Ace Stripe Leather** Sneaker, **'White Red Black' Men's Size 12 1/2 in box**;

hh. Miscellaneous Clothing and Accessories (24-FBI-008712):
1. Gucci **Women's 100 Rhyton Sneaker Beige Monogram Euro** size 42;
2. Gucci **100 Cream/Red Silk Monogram Floral Print** scarf;

ii. Twelve (12) Pairs of Designer Sunglasses (24-FBI-008713):
1. Prada sunglasses, yellow;
2. Prada sunglasses, blue, in box;
3. **Two-toned brown** Louis Vuitton sunglasses **with curved arms**;
4. Gucci sunglasses, aviators;
5. Gucci tortoise sunglasses **with silver arms** in case;
6. Gucci sunglasses **wire frame** in burgundy case;
7. Gucci sunglasses, black, in case;
8. Gucci tortoise sunglasses in case;
9. Louis Vuitton sunglass in orange box;

9

      10. Louis Vuitton sunglasses in case;
      11. Brown Gucci sunglasses with tortoise print in case;
      12. Gucci sunglasses in case, solid brown;

jj. Miscellaneous Purses (24-FBI-008714):
1. MCM **Cognac Visetos Jemison Box Bag with studs, black strap, silver color hardware. SN: MWR9SJV3CO001 10751811**;
2. MCM **Cognac Visetos Boston 18 cm Mini satchel. Model/SN: MWB9ASE25CO001 10031908**;
3. Saint Laurent **College large black chevron quilted matte leather envelope flap bag with tonal hardware. Model: GUE 487212**;

kk. Three (3) Gucci Purses (24-FBI-008716):
1. Gucci **Marmont Matelassé Shoulder bag, navy with ivory trim. Model 443497 213317**;
2. Gucci **Marmont Torchon GG Diagonal Quilted Mini Bucket Bag navy and ivory trim, Model 573817 525040**;
3. Gucci **GG Supreme Monogram Camera Shoulder bag beige and black with web strap**;

ll. Two (2) Ballgowns (24-FBI-008717):
1. Navy Chiara Boni ballgown;
2. Navy lace Janique ballgown, style JA5013, size 16;

mm. Miscellaneous Clothing and Accessories (24-FBI-008718):
1. Black Cariaggio cashmere scarf;
2. Louis Vuitton Monogram Coated canvas Purse, brown with tan strap;
3. Louis Vuitton Monogram Coated, top handle canvas Purse, brown and tan handle, in cloth bag;

nn. Miscellaneous Clothing and Accessories (24-FBI-008719):
1. Louis Vuitton **Monogram Coated canvas** backpack, **brown**;
2. Louis Vuitton **Monogram Coated canvas** wallet**, brown**;
3. Louis Vuitton **Monogram Coated canvas** checkbook holder**, brown**;
4. MCM half oval purse;
5. MCM rectangular purse;
6. Guccy purse, black with gold writing;
7. Chanel wallet**, black in box**;
8. Warby Parker Sunglasses with case;
9. Gucci sunglasses **tortoise shell**;

oo. Tiffany & Co. **Set of Two Champagne Flutes in gift box** (24-FBI-008720);

Jewelry:

pp. Miscellaneous Jewelry (24-FBI-008721):
  1. **Sterling Silver and Cubic Zirconia** 'Mom' necklace, Golden Gifts Jewelers box;
  2. Diamond **and 14k White Gold** Tennis Bracelet, Golden Sun Jewelry box;
  3. **Sterling Silver** Tiffany & Co. **infinity** cross necklace **with** box and **papers from Tiffany**;

qq. Miscellaneous Jewelry (24-FBI-008722):
  1. **Stainless steel** Mont Blanc **Meisterstuck** Watch, **black bezel, Reference 7037, Case #PL76560**;
  2. **Stainless steel** Breitling **Super Ocean Steelfish date** Watch **with diamonds, Reference A17390, Case 1097510**;
  3. **Sterling silver and cubic zirconia** Pandora "**circle of sparkle**" necklace;
  4. **Sterling silver and cubic zirconia** Pandora **conjoined circle** ring;

Miscellaneous Property/Assets:

rr. All proceeds from the sale of Duo Lounge;
ss. All of William Smith's interests/assets related to CO2 Investments, LLC, including but not limited to a $50,000 investment held in escrow, and any dividend or payout he may be owed;

Real Property:

tt. Real property located at 1977 Woodbridge, Detroit, MI 48207 (25-FBI-002983), **including the right of possession,** and being more fully described as:

The Southerly 100 feet of Lot 3, Section 8, together with that part of Lot 2, Section 8, described as: Beginning at the Southeast corner of said Lot 3 and the North line of Woodbridge Street, 50.00 feet wide; thence Easterly along the North line of said Woodbridge Street, 14.00 feet;

11

thence Northerly to a point which is 100.00 feet North of said Woodbridge Street and 7.02 feet East of the East line of said Lot 3; thence Westerly 7 .02 feet along a line which is 100.00 feet North of and parallel to the North line of said Woodbridge Street to the East line of said Lot 3; thence Southerly along said East line of Lot 3 to the Southeast corner of Lot 3 and the Point of Beginning, SUBDIVISION OF THE ST. AUBIN FARM, SOUTH OF JEFFERSON A VENUE, according to the plat thereof as recorded in Liber 1 of Plats, page 35, Wayne County Records.

COMMONLY KNOWN AS: 1977 E. Woodbridge, Detroit, MI 48207

PARCEL ID: Ward 000091/Ward 09

TITLED TO: Biltmore Development Group, LLC;

uu. Real property located at 6405 Penrod, Detroit, MI (25-FBI-002984), **including the right of possession**, and being more fully described as:

LOT 503, Frischkorn's Highlands No. 2, Subdivision, according to the plat thereof recorded in Liber 41, on Page 23 of Plats, Wayne Country Records

COMMONLY KNOWN AS: 6405 Penrod, Detroit, Michigan

PARCEL ID: Ward 22 Item 078261

TITLED TO: William Smith and Kimberly Smith;

vv. Real property located at 11739 Heyden, Detroit, MI 48228 (25-FBI-002985), **including the right of possession**, and being more fully described as:

W HEYDEN N 42FT 32 MAPLES PARK SUB L53P9 PLATS, WC R 22/285 42 X 125

COMMONLY KNOWN AS: 11739 HEYDEN, DETROIT, MI 48228

PARCEL ID: 22099870

TITLED TO: YBE Property Group, LLC, William A Smith;

ww. Real property located at 12709 Cloverlawn, Detroit, MI 48238 (25-FBI-002986), **including the right of possession**, and being more fully described as:

Lot 92, JAMES S. HOLDEN COMPANY CLOVERLAWN, as recorded in Liber 46 page 14, of Plats, Wayne County Records

COMMONLY KNOWN AS: 12709 Cloverlawn, Detroit, Michigan 48238

PARCEL ID: Ward 16, Item No. 31483

TITLED TO: William Smith and Charlotte R. Smith;

xx. **$5,000.00 in lieu of real property located at 14026 Mark Twain, Detroit, MI 48223**;

yy. Real property located at 15455 Gilcrest, Detroit, MI (25-FBI-002988), **including the right of possession**, and being more fully described as:

Land in the CITY of DETROIT, WAYNE County, State of MICHIGAN, LOT 181 CRESCENT HEIGHTS SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN LIBER 35 OF PLATS, PAGE 29, WAYNE COUNTY RECORDS

COMMONLY KNOWN AS: 15455 Gilchrist St., Detroit, Michigan

Tax Item Number: Ward 22 Item 65901

TITLED TO: KIMBERLY L. SMITH;

zz. Real property located at 15791 Murray Hill, Detroit, MI 48227 (25-FBI-002989), **including the right of possession,** and being more fully described as:

Land in the CITY of DETROIT, WAYNE County, State of MICHIGAN, LOT 378, B.E. TAYLOR'S LUANA SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN LIBER 40 0 PLAT, PAGE 51, WAYNE COUNTY RECORDS

COMMONLY KNOWN AS: 15791 Murray Hill, Detroit, MI 48227

PARCEL ID: Ward 22 / Item 60441

TITLED TO: WILLIAM SMITH AND KIMBERLY SMITH;

aaa. Real property located at 16500 Biltmore, Detroit, MI 48235 (25-FBI-002990), **including the right of possession**, and being more fully described as:

E BILTMORE 832 BE TAYLORS RAINBOW SUB L41 P75 PLATS, WC R 22/6 37.98 X 106.6

COMMONLY KNOWN AS: 16500 BILTMORE, DETROIT, MI 48235

PARCEL ID: 22063967

TITLED TO: YBE Property Group, LLC, William A Smith;

bbb. Real property located at 16510 Biltmore, Detroit, MI 48235 (25-FBI-002991), **including the right of possession,** and being more fully described as:

Lot No. 831 B. E. Taylors Rainbow Subdivision, (Plats) as recorded in Liber 41, Page 75, Wayne County Records

COMMONLY KNOWN AS: 16510 Biltmore, Detroit, MI 48235

PARCEL ID: Ward 22 Item No: 063968

TITLED TO: William Smith III;

ccc. Real property located at 16511 Biltmore, Detroit, MI**, including the right of possession, and being more fully described as:**

**Lot 802 of B.E. TAYLORS RAINBOW SUBDIVISION, as recorded in Liber 41 of Plats, Page 75, Wayne County Records**

14

**COMMONLY KNOWN AS: 16511 BILTMORE, DETROIT, MI 48235**

**PARCEL ID: 22-064460**

**TITLED TO: William Smith;**

ddd. Real property located at 16527 Biltmore, Detroit, MI 48235 (25-FBI-002993), **including the right of possession,** and being more fully described as:

W Biltmore 804 B E Taylors Rainbow Sub L41 P75 Plats, W C R 22/6 40 X 107.03

COMMONLY KNOWN AS: 16527 Biltmore, Detroit, MI 48235

PARCEL ID: Ward 22 Item No: 064458

TITLED TO: You Services, LLC;

eee. **$67,432.83 sale proceeds in lieu of real property commonly known as Vacant Lots**, Delta Pl., Idlewild, Michigan **plus any additional funds realized after closing** (25-FBI-003255);

fff. **[Intentionally removed – forfeiture of 16551 Biltmore not pursued];**

ggg. Real property located at 16700 Biltmore, Detroit, MI 48235 (25-FBI-002995), **including the right of possession**, and being more fully described as:

Lot 817, B. E. Taylor's Rainbow Subdivision, as recorded in Liber 41, Page 75 of plats Wayne County Records

COMMONLY KNOWN AS: 16700 Biltmore, Detroit, MI 48235

PARCEL ID: Ward 22 Item No: 063968

TITLED TO: William A. Smith;

hhh.  Real property located at 16717 Rutherford, Detroit, MI 48235 (25-FBI-002996), **including the right of possession**, and being more fully described as:

LOT 71, PALMER FIELD SUBDIVISION, AS RECORDED IN LIBER 37, PAGE 7 OF PLATS, WAYNE COUNTY RECORDS

COMMONLY KNOWN AS: 16717 Rutherford, Detroit, MI 48235

PARCEL ID: Ward 22 / Item 056425

TITLED TO: WILLIAM A. SMITH;

iii.  Real property located at 17125 W. McNichols, Detroit, MI 48235 (25-FBI-002997), **including the right of possession**, and being more fully described as:

S--W MC NICHOLS RD 156 THRU 161 FAIRFIELD SUB L47 Pll PLATS, WC R 22/7 129.72 X 100

COMMONLY KNOWN AS: 17125 W McNichols, Detroit, MI 48235

PARCEL ID: 22013061-6

TITLED TO: YBE Property Group, LLC, William A Smith;

jjj.  Real property located at 17207 W. McNichols, Detroit, MI 48235 (25-FBI-002998), **including the right of possession**, and being more fully described as:

S--W MCNICHOLS S 80 FT 2 BE TAYLORS RAINBOW SUB L41 P75 PLATS, W C R 22/6 20 X 80

COMMONLY KNOWN AS: 17207 W McNichols, Detroit, MI 48235

PARCEL ID: 22013068

TITLED TO: YBE Property Group, LLC, William A Smith;

kkk.   Real property located at 18901 W. McNichols, Detroit, MI 48219 (25-FBI-002999), **including the right of possession,** and being more fully described as:

S--W MC NICHOLS E 60 FT OF 252 THRU 250 EXC MC NICHOLS RD AS WD MYLAND SUB L33 Pl O PLATS, W C R 22/443 60 X 85.59A

COMMONLY KNOWN AS: 18901 W McNichols, Detroit MI 48219

PARCEL ID: 22013201.001

TITLED TO: YBE Property Group, LLC, William A Smith;

lll.   Real property located at 18921 W. McNichols, Detroit, MI 48219 (25-FBI-003000), **including the right of possession**, and being more fully described as:

S--W MC NICHOLS RD W 75 FT OF LOTS 252 THRU 250 EXC MC NICHOLS RD AS WE MYLAND SUB L33 Pl0 PLATS, WC R 22/445 75 X 86.91A

COMMONLY KNOWN AS: 18921 W McNichols, Detroit MI 48219

PARCEL ID: 22013201.002L

TITLED TO: YBE Property Group, LLC, William A Smith;

mmm.   Real property located at 21291 Equestrian, Northville, MI (25-FBI-003001), **including the right of possession**, and being more fully described as:

Unit 69, Maybury Park Estates, a Condominium, according to the Master Deed recorded in Liber 32412, Pages 650 through 726, inclusive, as amended, and designated as Oakland County Condominium Plan No. 1609, together with rights in general common elements and the limited common elements as set forth in the above Master Deed and as described in Act 59 of the Public Acts of 1978, as amended.

17

COMMONLY KNOWN AS: 21291 Equestrian Trail, Northville, Michigan 48167

PARCEL ID: 22-32-401-077

TITLED TO: William A. Smith and Kimberly L. Smith;

nnn. Real property located at 25307 Ross Drive, Redford Twp., MI 48239 (25-FBI-003002), **including the right of possession**, and being more fully described as:

Lots 980 and 981, including ½ vacated alley at the rear therof, B.E. TAYLOR'S GOLF AND COUNTY CLUB SUBDIVISION NO. 2, according to the Plat thereof as recorded in Liber 59 of Plats, Page(s) 16, Wayne County Records

COMMONLY KNOWN AS: 25307 Ross Drive, Redford Twp., MI 48239

PARCEL ID: 79-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-000

TITLED TO: Ross Drive LLC;

ooo. Real property located at 18966 Sussex, Detroit MI 48235 (25-FBI-003003), **including the right of possession**, and being more fully described as:

E SUSSEX 1787 BLACKSTONE PARK SUB NO 2 L49 P47 PLATS, WC R 22/237 40 X 119.50. NEZ HOMESTEAD CERT #NH2011-0226 RELATED PARCEL #27110226.

COMMONLY KNOWN AS: 18966 Sussex, Detroit, MI

PARCEL ID: 22046395

TITLED TO: 48235 PROPERTIES, LLC;

ppp. **$86,398.97 sale** proceeds in lieu of 2087 Holtz Lane, Atlanta **plus any additional funds realized after closing** (25-FBI-002166);

18

**qqq.** Real property located at 11914 Deepwater Ridge Way, Cypress, TX 77433 **(25-FBI-003004), including the right of possession, and being more fully described as:**

**Lot Fifty-Four (54), Block One (1) of TOWNE LAKE SEC 61, an addition in Harris County, Texas, according to the map or plat thereof recorded in Film Code No. 693604 of the Map Records of Harris County, Texas**

**COMMONLY KNOWN AS: 11914 Deepwater Ridge Way, Cypress, TX 77433**

**TAX ID: 1420160010054**

**TITLED TO: William A. Smith;**

**rrr.** Real property located at 203 James Trimm Dr, Leland, MS 38756-2211 (25-FBI-003005), including the right of possession, and being more fully described as:

Black Dog Add Lots 27 & 28 Lot Size 50 X 100 Plat-bk-0003 Pg 0015 Block 003 Deed Book 2042 Page 154 Parcel #30262400000

COMMONLY KNOWN AS: 203 James Trimm Dr, Leland, MS 38756-2211

PARCEL NO: 30262400000

TITLED TO: YBE Property Group, LLC;

**Newly discovered property available for forfeiture:**

**sss.** **Tenant Street Sweeper S20 in the possession of William Smith at 12801 Inkster Rd., Livonia, MI (25-FBI-003691);**

**ttt.** **Tenant Street Sweeper S30 in the possession of William Smith at 12801 Inkster Rd., Livonia, MI (25-FBI-003692);**

uuu. **2015 Load Trail Trailer in the possession of William Smith at 12801 Inkster Rd., Livonia, MI VIN: 4ZESA1017F1078715 (25-FBI-003693); and**

vvv. **All right, title and interest in 2077 Hyde Park Drive, Detroit, MI 48207, including (a) the membership and membership certificate in the Hyde Park Cooperative Inc., 1969 Hyde Park Drive, Detroit, MI; and (b) all rights of occupancy, possession, and sale (to include all rights under the applicable Occupancy Agreement).**

**\*\*\*\*\*\*\*\***

**Addition of Rule 32.2(b)(3) Language**: for clarity, the amendment also adds language quoting from Rule 32.2 about the effect of a preliminary order of forfeiture.  The Rule and proposed amendment states that "The entry of a preliminary order of forfeiture authorizes the Attorney General (or a designee) to seize the specific property subject to forfeiture; to conduct any discovery the court considers proper in identifying, locating, or disposing of the property; and to commence proceedings that comply with any statutes governing third-party rights."  Fed. R. Crim. Pro. 32.2(b)(3).

**Continued Effect of the Original Order**: The Stipulated Preliminary Order of Forfeiture (ECF No. 32) shall not be amended in any other respect and remains the controlling forfeiture order, as amended, including as to the amount of the forfeiture money judgment and the unresolved amount of retirement funds to be forfeited.

20

**Partial Consent, No Position on Asset vvv:** Government counsel has conferred with the defendant's attorney Gerald K. Evelyn regarding this Application and proposed order.  Mr. Evelyn indicated that Mr. Smith consents to the forfeiture of the trailer and street sweepers and takes no position as to the forfeiture of the coop membership at 2077 Hyde Park Drive.

**Conclusion:** For these reasons, under applicable law and Federal Rules of Criminal Procedure 32.2 and 36, the United States respectfully requests that the Court enter the First Amendment to Preliminary Order of Forfeiture being submitted concurrently with this Application.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

/s/ *K. Craig Welkener*
K. Craig Welkener (DC 1033585)
Jessica A. Nathan (TX 24090291)
Assistant United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0248 (Welkener)
(313) 226-9643 (Nathan)
Kenton.Welkener@usdoj.gov
Jessica.Nathan@usdoj.gov

Dated: August 7, 2025