UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                     Case No. 2:24-cr-20532

v.                                       Honorable Susan K. DeClercq
                                             United States District Judge

WILLIAM A. SMITH,

        Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION TO EXTEND SELF-SURRENDER DATE (ECF No. 46)**

In November 2024, Defendant William A. Smith pleaded guilty to one count of fraud in violation of 18 U.S.C. § 1343 and one count of laundering of monetary instruments in violation of 18 U.S.C. § 1956(a)(1)(B)(i). ECF No. 22. Five and a half months later, he was sentenced to 228 months of imprisonment to be followed by three years of supervised release. ECF No. 36 at PageID.392–93. Defendant was originally scheduled to report to the Bureau of Prisons (BOP) on June 12, 2025, but his report date was extended 60 days by stipulation of the parties. *See* ECF No. 39 (sealed). Thus, his report date is August 12, 2025.

Five days before Defendant's August 12 report date, he filed a motion to extend his self-surrender date "for a reasonable period of time" to permit him to receive and recover from medical treatment. ECF No. 46 (sealed) at PageID.505.

- 2 -

The Government opposes Defendant's request. ECF No. 48 (sealed).

This Court has already extended Defendant's report date by 60 days for him to receive medical treatment before reporting to the BOP. ECF No. 39 (sealed). He received such medical treatment. *Id.* And he admits that the additional treatment he seeks "might possibly be available" in the BOP. ECF No. 46 at PageID.504. Indeed, the Government confirmed that the additional treatment is available through the BOP. *See* ECF No. 48 (sealed) at PageID.535–36. Thus, he has not shown any basis to extend his report date a second time. Therefore, his motion will be denied and he must report to the BOP on August 12, 2025, as scheduled.

Accordingly, it is **ORDERED** that Defendant's Motion to Extend Self-Surrender Date, ECF No. 46 (sealed), is **DENIED**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: August 11, 2025