UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                Case No. 24-cr-20532
                                          Honorable Susan K. DeClercq

vs.

William A. Smith,

        Defendant.

---

**Certificate of Service**

---

It is hereby certified that service of the **Notice of Stipulated Preliminary Order of Forfeiture, as amended** and this **Certificate of Service** has been made on September 15, 2025, upon the following by certified mail and/or email as indicated below:

| | |
|---|---|
| Todd Perkins<br>Counsel for Kimberly L. Smith<br>Via email: tperkins@perkinslawgroup.net | Loren Smith<br>XXXXX Equestrian Tr<br>Northville, MI 48167 |
| William Smith III<br>XXXXX Biltmore St<br>Detroit, MI 48235 | Charlotte Smith<br>XXXXX Biltmore St<br>Detroit, MI 48235 |
| Sharah Rose<br>XXXX Hibiscus Way SW<br>Mableton, GA 30126 and<br>Via email: sharah.rose@gmail.com | Adam Clements<br>Counsel for Darrell Greer<br>Via email: aclements@perkinslawgroup.net |

Harold Gurewitz
Counsel for Jennifer Smith
Via email: hgurewitz@grplc.com

Creighton Gallup
Counsel for Hyde Park Cooperative
Via email: cgallup@pck-law.com

JPMorgan Chase Bank, N.A.
Attn: Legal Dept
700 Kansas Ln
Monroe, LA 71203

Quinn Gray
Counsel for JPMorgan Chase Bank, N.A.
Via email: qgray@trottlaw.com

HSBC Bank USA, National Association
Attn: Legal Dept
66 Grand Regency Blvd
Bradenton, FL 33510

Bank of America, N.A.
Attn: Legal Dept
21000 NW Evergreen Pkwy
Hillsboro, OR 97124

Ann Hall
Counsel for U.S. Bank
Via email: ann.hall@goldfeinpc.law

First Securities Financial Services, Inc.
Attn: Legal Dept
30150 Telegraph Rd Ste 320
Bingham Farms, MI 48025

Convergency Receivables, L.C.
Attn: Legal Dept
1574 42nd St NE #3
Cedar Rapids, IA 52402

MLA, Inc.
Attn: Legal Dept
30521 Schoenherr
Warren, MI 48088

MERS, Inc.
Attn: Legal Dept
PO Box 2026
Flint, MI 48501

Elizabeth Smith
Counsel for Midland Credit Management, Inc.
PO Box 2044
Warren, MI 48090

United Wholesale Mortgage
Attn: Legal Dept
585 South Blvd E
Pontiac, MI 48341

Argent Mortgage
Attn: Legal Dept
2100 Alt 19 N
Palm Harbor, FL 34683

Capital Group
Attn: Legal Dept
6455 Irvine Center Drive (IRV-S-02)
Irvine, CA 92618

Michigan Department of Treasury
PO Box 30199 Collections
Lansing, MI 48909

Trimm Family Association, LLC
Attn: Resident Agent
16510 Biltmore St
Detroit, MI 48235

CO2 Investments, LLC
Attn: Resident Agent
1363 E Fisher Fwy Ste 1
Detroit, MI 48207

Michael J. Olcese
Weber & Olcese P.L.C.
Counsel for Portfolio Recovery
Associates, LLC
PO Box 3006
Birmingham, MI 48012

Timothy E. Baxter / Bradley Johnson
Timothy E. Baxter & Associates, P.C.
Counsel for Kennicott Brothers Company
3250 Big Beaver Rd Ste 124
Troy, MI 48084

Geoffrey Weber
Weber & Olcese P.L.C.
Counsel for Cavalry SPV I, LLC
3250 Big Beaver Rd Ste 124
Troy, MI 48084

Arvin Zora
Counsel for MacRay Properties II LLC, aka
MacRay Harbor
Via email: azora@orlaw.com

Adam Clements
Counsel for You Services, LLC
Via email:
aclements@perkinslawgroup.net

Taylor Sellers
Taylor Sellers Law
Via email: taylor@taylorsellerslaw.com

Alter Ego Properties, LLC
Attn: Resident Agent
30 N Gould St Ste R
Sheridan, WY 82801 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

YBE Food Group LLC, DBA Duo Restaurant
and Lounge
Attn: Resident Agent
29555 Northwestern Hwy Ste 304
Southfield, MI 48304 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

Biltmore Entertainment Group LLC
Attn: Resident Agent
16510 Biltmore St
Detroit, MI 48235 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

48235 Properties, LLC
Attn: Resident Agent
16510 Biltmore
Detroit, MI 48235 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

YBE Property Group, LLC
Attn: Resident Agent
150 W Jefferson Ste 100
Detroit, MI 48226 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

YBE Tobacco Group, LLC
Attn: Resident Agent
33006 Seven Mile Rd Ste 172
Livonia, MI 48152 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

Ross Drive, LLC
Attn: Resident Agent
25307 Ross Dr
Redford, MI 48239 and
Via email to Attorney Todd Perkins:
tperkins@perkinslawgroup.net

Ross Drive, LLC
Attn: Resident Agent
33006 W Seven Mile Rd Ste 192
Livonia, MI 48152 and
Via email to Attorney Todd Perkins:
tperkins@perkinslawgroup.net

Caleb J. Shureb | Sogol Plagany Orlans Law Group Counsel for: Shellpoint Mortgage Servicing; Onity Group Inc; U.S. Bank Trust Company, National Association, As Trustee, As Successor-In-Interest To U.S. Bank National Association, As Trustee For The CMLTI Asset-Backed Pass-Through Certificates, Series 2007-AMC3; Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage

YBE Property Group, LLC
Attn: Resident Agent
269 Walker St Ste 418
Detroit, MI 48207 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

YBE Tobacco Group, LLC
Attn: Resident Agent
150 W Jefferson Ste 100
Detroit, MI 48226 and
Via email to Attorney Gerald Evelyn:
geraldevelyn@yahoo.com

Ross Drive, LLC
Attn: Resident Agent
221 W Lake Lansing Rd Ste 200
East Lansing, MI 48823 and
Via email to Attorney Todd Perkins:
tperkins@perkinslawgroup.net

Michigan Hurricanes Youth Program
XXXX Wagon Wheel Ln
Grand Blanc, MI 48439

Investment Trust 2005-1; and Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-1 (collectively referred herein as the "Parties")
Via email: cshureb@orlans.com | splagany@orlans.com

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov
