UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   Plaintiff,

vs

WILLIAM A. SMITH,

   Defendant.

Case No. 2:24-cr-20532

Hon. Susan DeClercq

_____

### DEFENDANT'S SUR-REPLY TO THE GOVERNMENT'S REPLY IN SUPPORT OF FORFEITURE OF RETIREMENT ACCOUNTS (ECF NO. 52)

NOW COMES the Defendant William Smith, by and through counsel, and for his Sur-Reply to the Government's Reply in Support of Forfeiture of Retirement Accounts (ECF No. 52), states the following:

The Government's Reply cites to authority that involves denial of a request to use restrained funds in order pay appellate counsel of choice. ECF No. 52, Government's Reply in Support of Forfeiture of Retirement Accounts, PageID ## 600-603, citing, e.g., *United States v. Jian-Yun Dong*, 814 F. App'x 778, 779 (4th Cir. 2020)(denying request to use restained funds to pay appellate counsel); *United States v. Scully*, 882 F.3d 549 (5th Cir. 2018) (same); United States v. Marshall, 872 F.3d 213 (4th Cir. 2017) (same).  That authority has no application to the issue before

1

the Court as to trial counsel's fees from funds that were specifically reserved by the parties for possible distribution to trial counsel. In that way, the Government's Reply does nothing to rebut with Mr. Smith's contention that these restrained funds should be used to pay his trial counsel, particularly given the timely agreement of the parties that such an eventuality might occur. Since the entry of the Asset Freeze Order (and subsequent extneisons) in the companion civil case, along with the Preliminary Order of Forfeiture incorporated into the Judgment of Sentence in this matter, the Government has long agreed that restrained funds in this matter might be used to pay Mr. Smith's trial counsel of choice.

    Again, the Government's Reply argues that the Sixth Amendment does not encompass the right to use substitute property to pay appellate counsel. ECF No. 53, Pg ID #603. But that is not the situation here. These funds have been specifically reserved (and were always acknowledged to be reserved) to be potentially be used for Mr. Smith's trial counsel.

WHEREFORE, Mr. Smith respectfully requests that this Court grant the relief requested in his Response, ECF No. 30.

                                                Respectfully submitted,

                                                <u>s/ Gerald K. Evelyn</u>
                                                Gerald K. Evelyn (P29182)
                                                Robert E. Higbee (82739)
                                                Counsel for Defendant
                                                409 East Jefferson Ave., Ste. 500
                                                Detroit, MI  48226
                                                (313) 962-3500
                                                geraldevelyn@yahoo.com

Dated:  October 3, 2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 3, 2025, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

                                              s/Gerald K. Evelyn
                                              Gerald K. Evelyn
                                              Counsel for Defendant