UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,     Case No. 24-cr-20532
             Honorable Susan K. DeClercq

vs.

William A. Smith,

    Defendant.

---

**Certificate of Service**

---

It is hereby certified that service of the **Notice of Stipulated Preliminary Order of Forfeiture, as amended** and this **Certificate of Service** has been made on November 7, 2025, upon the following by certified mail and/or email as indicated below:

| | |
|---|---|
| Joseph Vacek<br>Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>Counsel for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM13 Trust at c/o Select Portfolio Servicing, Inc.<br>5601 Executive Dr, Suite 400<br>Irving, TX 75038 and<br>Via email: jvacek@raslg.com | Danielle Fairley<br>XXXXX Heyden<br>Detroit, MI 48228 |

//

//

//

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov
