UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                    Case No. 24-cr-20532
                                              Honorable Susan K. DeClercq

vs.

William A. Smith,

        Defendant.

---

**Certificate of Service**

---

It is hereby certified that service of the **Notice of Stipulated Preliminary Order of Forfeiture, as amended** and this **Certificate of Service** has been made on February 2, 2026, upon the following by certified mail and regular mail, and/or email as indicated below:

HSBC Bank USA, National Association
Attn: Legal Dept
66 Grand Regency Blvd
Bradenton, FL 33510

Bank of America, N.A.
Attn: Legal Dept
21000 NW Evergreen Pkwy
Hillsboro, OR 97124

MLA, Inc.
Attn: Legal Dept
30521 Schoenherr
Warren, MI 48088

Trimm Family Association, LLC
Attn: Resident Agent
16510 Biltmore St
Detroit, MI 48235

Geoffrey Weber
Weber & Olcese P.L.C.
Counsel for Cavalry SPV I, LLC
3250 Big Beaver Rd Ste 124
Troy, MI 48084

Michigan Hurricanes Youth Program
XXXX Wagon Wheel Ln
Grand Blanc, MI 48439

Timothy E. Baxter
Attorney for Kennicott Brothers Company
Via email: tbaxter@baxlaw.com

Mark Chutkow
Attorney for Detroit Investment Fund, L.P.
Via email: MChutkow@dykema.com

Danielle Fairley
Via email: XXXXXXXXXXXXXXXXX@XXXXXXXXX.XXX

Michael J. Olcese
Weber & Olcese P.L.C.
Counsel for Portfolio Recovery Associates, LLC
PO Box 3006
Birmingham, MI 48012

Detroit Economic Growth Corporation
500 Griswold St Ste 2200
Detroit, MI 48226

Michael Ruggio / Michael Melfi
Attorney for CO2 Investments, LLC
Via email: mruggio@fbtgibbons.com / MMelfi@mavacy.com

Mark Chutkow
Attorney for Invest Detroit Foundation
Via email: MChutkow@dykema.com

Gerald Evelyn
Attorney for Biltmore Development Group, LLC
Via email: geraldevelyn@yahoo.com

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant United States Attorney 211 W. Fort Street, Suite 2001 Detroit, MI 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov