UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,                               Case No. 24-cr-20532

v.                                           Hon. Susan DeClerq

William Anthony Smith,

    Defendant.

_____

**DEFENDANT WILLIAM SMITH'S OBJECTION TO THE GOVERNMENT'S PROPOSED SECOND AMENDED PRELIMINARY ORDER OF FORFEITURE AS TO RETIREMENT ACCOUNTS**

    NOW COMES Defendant, William A. Smith, through his counsel, Gerald K. Evely and Robert E. Higbee, and for his Objection to the Government's Proposed Second Amended Preliminary Order of Forfeiture as to Retirement Accounts, states the following:

    1.    On January 15, 2026, the Government submitted a Proposed Second Amended Preliminary Order of Forfeiture as to Retirement Accounts ("Proposed Order"), which purports to forfeit Assets s (Capital Group account) and t (Paychex account).

    2.    Defendant has previously submitted briefing setting forth a process for distribution of Assets s and t for reasonable attorney's fees that was consistent

with the prior agreement of the parties, as well as the relevant law. See ECF Nos. 51 & 53, which Defendant specifically incorporates by reference herein.

3. The process that the Government refers to in its Proposed Order (and one it agrees was in place) was a *pre-judgment* reservation of Defendant's counsel's ability to seek these funds to be paid for work performed in the trial court.

4. Indeed, the agreement to reserve the Defendant seeking, and the Court's decision on, Defendant's counsel's fees *prior* to sentencing was agreed to by the parties and specifically incorporated into the Judgment of Sentence. ECF No. 36, Judgment of Sentence, Page ID # 398, 406 (incorporating Stipulated Preliminary Order of Forfeiture, ECF No. 32). The Proposed Order seeks to upend this process in favor of wholesale forfeiture, while improperly ascribing legal significance to Defendant's sentencing when Defendant had reserved this right to seek legal fee distributions *prior* to sentencing.

5. Pertinent here, and at the January 8, 2026, hearing on this matter, the Government agreed that the Asset Freeze Order (which plainly carves out the ability for Defendant's counsel to seek legal fees from both tainted and untainted funds) in Case No. 24-cv-11626, ECF No. 25, is still in place and active. The Government also agreed that Defendant could seek legal fee distributions pursuant to that Asset Freeze Order, which Defendant has done previously through ECF No

2

51 (a proposal by Defendant that recognizes the interplay between the Asset Freeze Order and the Stipulated Preliminary Order of Forfeiture).

6. Because the Proposed Order lacks fidelity to the parties' agreement, the Asset Freeze Order, and the Stipulated Preliminary Order of Forfeiture, as well as the relevant law, the Court should reject the Proposed Order, adopt the process set forth by Defendant in ECF No. 51, and distribute reasonable attorney's fees to Defendant's counsel from Assets s and t.

WHEREFORE, Defendant Smith respectfully requests that the Court reject the Government's proposed order, or in the alternative, hold a hearing to resolve his objection, and grant him any relief the Court deems proper.

If the Court overrules Defendant's Objection, the Court should stay enforcement of the Proposed Order so that Defendant can timely file an appeal.

Respectfully submitted,

*/s/ Gerald K. Evelyn*
GERALD K. EVELYN (P29182)
Counsel for Defendant
409 East Jefferson Ave., Ste. 500
Detroit, MI 48226
(313) 962-3500, Office
(313) 962-9190, Fax
geraldevelyn@yahoo.com

Dated: February 17, 2026

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 17, 2026, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

                                        /s/ Gerald K. Evelyn
                                        GERALD K. EVELYN (P29182)
                                        Counsel for Defendant
                                        409 East Jefferson Ave., Ste. 500
                                        Detroit, MI 48226
                                        (313) 962-3500, Office
                                        (313) 962-9190, Fax
                                        geraldevelyn@yahoo.com