UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                  Plaintiff,                Case No. 24-cr-20532
                                          Honorable Susan K. DeClercq

vs.

William A. Smith,

                  Defendant.

---

### Notice of Publication and Finality of Order of Forfeiture

---

On April 7, 2025, this Court entered a Stipulated Preliminary Order of Forfeiture (ECF No. 32), as amended on August 8, 2025 (ECF No. 49), as to William A. Smith ("defendant"), ordering the forfeiture of the following property:

Real property located at 1977 Woodbridge, Detroit, MI 48207 (25-FBI-002983), including the right of possession, and being more fully described as:

The Southerly 100 feet of Lot 3, Section 8, together with that part of Lot 2, Section 8, described as: Beginning at the Southeast corner of said Lot 3 and the North line of Woodbridge Street, 50.00 feet wide; thence Easterly along the North line of said Woodbridge Street, 14.00 feet; thence Northerly to a point which is 100.00 feet North of said Woodbridge Street and 7.02 feet East of the East line of said Lot 3; thence Westerly 7 .02 feet along a line which is 100.00 feet North of and parallel to the North line of said Woodbridge Street to the East line of said Lot 3; thence Southerly along said East line of Lot 3 to the Southeast corner of Lot 3 and the Point of Beginning, SUBDIVISION OF THE ST. AUBIN FARM, SOUTH OF

JEFFERSON A VENUE, according to the plat thereof as recorded in Liber 1 of Plats, page 35, Wayne County Records.

COMMONLY KNOWN AS: 1977 E. Woodbridge, Detroit, MI 48207

PARCEL ID: Ward 000091/Ward 09

TITLED TO: Biltmore Development Group, LLC

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning July 1, 2025, and ending on July 30, 2025, as evidenced by the attached Declaration of Publication and Advertisement.

On or about September 15, 2025, November 6, 2025 , November 7, 2025 and February 2, 2026 the United States also provided notice of forfeiture to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in an ancillary proceeding. (ECF No. 53, 55, 56, 57).

Interested third parties, if any, must petition the Court, within thirty (30) days of notice or of their receipt of notice, for a hearing to adjudicate the validity of their alleged interest in the property.

No petitions asserting an interest in the forfeited property have been filed and the time for doing so has expired.

The Stipulated Preliminary Order of Forfeiture, as amended, provides that it will become the final order of forfeiture in the absence of any third-party petitions, as provided by Fed. R. Crim. P. 32.2(c)(2).

Because notice was given, and no petitions have been filed, all right, title, and interest in the subject property has been forfeited to the United States of America in accordance with the Stipulated Preliminary Order of Forfeiture, as amended.  Therefore, the Stipulated Preliminary Order of Forfeiture, as amended, is now final and the subject property may be disposed of according to law.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov

Dated: March 27, 2026

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov