UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

               Plaintiff,                 Case No. 24-cr-20532
                                          Honorable Susan K. DeClercq

vs.

William A. Smith,

               Defendant.

---

**Application for Entry of Order for
Interlocutory Sale of Various Vehicles**

---

Plaintiff, the United States, by and through the undersigned counsel,

respectfully applies to the Court for entry of an order for interlocutory sale of the

following vehicles:

    a.  2021 Bombardier Can-Am motorcycle, VIN 2BXRDDE41MV000025 (25-FBI-003524);
    b.  2021 Bombardier Can-Am motorcycle, VIN 2BXRDDE42MV000017 (25-FBI-003525);
    c.  2020 Mercedes Sprinter van, VIN W1WV0FEY8L3745030 (25-FBI-003526);
    d.  2019 Jeep Wrangler, VIN 1C4HJXEG7KW533798 (25-FBI-003443);
    e.  2022 Chevrolet passenger van, VIN 1GAZGPF77N121430 (25-FBI-003527);
    f.  Tenant Street Sweeper S20 (25-FBI-003691);
    g.  Tenant Street Sweeper S30 (25-FBI-003692); and
    h.  2015 Load Trail Trailer, VIN: 4ZESA1017F1078715 (25-FBI-003693).

(Items a-h above are collectively referred to herein as the "vehicles").

1.      As of May 1, 2025, the defendant's interest in the vehicles was forfeited to the United States for disposition in accordance with law.   ECF 32 (Stipulated Preliminary Order of Forfeiture); ECF 36 (Judgment); ECF 49 (First Amendment to Preliminary Order of Forfeiture) (all listing the vehicles).

2.      Since the forfeiture of defendant's interest in various assets, Kimberly Smith has filed a Petition claiming numerous forfeited assets in detail, but only referencing "vehicles" in passing.   Case No. 25-mc-5055, ECF No., Kimberly Smith Petition for Ancillary Proceeding.   Discovery is ongoing in that case.

3.      The vehicles are subject to depreciation in value. Since the seizures of the vehicles, storage costs have been accruing and continue to accrue. As of April 9, 2026, the total storage costs and related expenses are $14,841.80.

4.      Statutory authority for interlocutory sales in criminal forfeiture cases is found in the general provision for forfeiture protective orders, 21 U.S.C. § 853(e), which states: "Upon application of the United States, the court may enter a restraining order or injunction, require the execution of a satisfactory performance bond, or take any other action to preserve the availability of the property . . . for forfeiture . . .."

5.      That statute authorizes the Court to take any action to preserve the availability of property for forfeiture. Given the storage fees and expenses incurred and the depreciating nature of the vehicles, the Court should allow interlocutory

sale of the vehicles so that the value is preserved for forfeiture pending the conclusion of the ancillary forfeiture proceeding.

6. The value of the vehicles can only be preserved by liquidating the vehicles and holding the net proceeds in an interest-bearing account maintained by the government.

7. Therefore, the government hereby requests the vehicles be sold under the following terms to avoid further depreciation and the accrual of additional storage costs:

   a. The vehicles will be sold in the most commercially feasible manner as determined by the USMS for the Eastern District of Michigan, or its delegate;
   b. The USMS, or its delegate, may, in its sole discretion, reject any offers to purchase any vehicle for any reason;
   c. Upon sale of the vehicles, the net sale proceeds shall be remitted to the custody and control of the USMS or its delegate and shall be deposited into the Department of Justice Seized Asset Deposit Fund;
   d. The net proceeds from the sale of each vehicle will include all money realized from the sale of the vehicle, less all costs incurred by the USMS or its delegate in connection with the seizure, towing, storing, maintenance, repair, marketing and sale of the vehicle; and
   e. An accounting of the proceeds attributable to each vehicle shall be maintained by the USMS or its delegate.

8. Pursuant to Local Rule 7.1, the United States has conferred with counsel for Kimberly Smith, Todd Perkins, by email, phone, and in-person conversation. Although counsel has indicated openness and likely consent

regarding this relief, the United States has been unable to obtain a firm position from counsel on the matter.

WHEREFORE, the government respectfully requests entry of an Order for Interlocutory Sale of Various Vehicles under the terms and conditions outlined within this motion, to avoid the further depreciation and the accrual of additional storage costs. The Government will submit the proposed Order for Interlocutory Sale of Various Vehicles to the Court via ECF utilities.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov

Dated: April 9, 2026

## Certificate of Service

I hereby certify that on April 9, 2026, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

S/K. Craig Welkener
K. Craig Welkener (DC 1033585)
Assistant U.S. Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-0248
Kenton.Welkener@usdoj.gov