UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,              Case No. 24-cr-20532
                                        Honorable Susan K. DeClercq
v.                                United States District Judge

WILLIAM A. SMITH,

                Defendant.

_____/

## ORDER FOR INTERLOCUTORY SALE OF VARIOUS VEHICLES

This matter having come before the Court on Plaintiff's Application for Entry of Order for Interlocutory Sale of Various Vehicles, ECF No. 60, and the Court being otherwise fully advised, it is **ORDERED** that following described property be **SOLD** to avoid further depreciation and the accrual of storage costs and fees:

    a.  2021 Bombardier Can-Am motorcycle, VIN 2BXRDDE41MV000025 (25-FBI-003524);
    b.  2021 Bombardier Can-Am motorcycle, VIN 2BXRDDE42MV000017 (25-FBI-003525);
    c.  2020 Mercedes Sprinter van, VIN W1WV0FEY8L3745030 (25-FBI-003526);
    d.  2019 Jeep Wrangler, VIN 1C4HJXEG7KW533798 (25-FBI-003443);
    e.  2022 Chevrolet passenger van, VIN 1GAZGPF77N121430 (25-FBI-003527);
    f.  Tenant Street Sweeper S20 (25-FBI-003691);
    g.  Tenant Street Sweeper S30 (25-FBI-003692); and
    h.  2015 Load Trail Trailer, VIN: 4ZESA1017F1078715 (25-FBI-003693).

(Items a-h above are collectively referred to herein as the "vehicles").

It is further **ORDERED** that the vehicles shall be **SOLD under the following**

**terms**:

a. The vehicles will be sold in the most commercially feasible manner as determined by the USMS for the Eastern District of Michigan, or its delegate;
b. The USMS, or its delegate, may, in its sole discretion, reject any offers to purchase any vehicle for any reason;
c. Upon sale of the vehicles, the net sale proceeds shall be remitted to the custody and control of the USMS or its delegate and shall be deposited into the Department of Justice Seized Asset Deposit Fund;
d. The net proceeds from the sale of each vehicle will include all money realized from the sale of the vehicle, less all costs incurred by the USMS or its delegate in connection with the seizure, towing, storing, maintenance, repair, marketing and sale of the vehicle; and
e. An accounting of the proceeds attributable to each vehicle shall be maintained by the USMS or its delegate.

**IT IS SO ORDERED.**

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated: April 22, 2026

2