IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

WILLIAM A. SMITH,

      Defendant.

CRIMINAL NO. 24-cr-20532

(related 24-cv-11626)

Hon. Susan K. DeClercq

MOTION TO DEPOSIT FUNDS INTO THE
REGISTRY OF THE COURT

Comes now the United States of America, by Jessica A. Nathan, Assistant United States Attorneys for the Eastern District of Michigan, and respectfully moves this Court for an Order authorizing the Clerk of the Court to take receipt of funds in this matter and to hold such funds in the Court Registry, in an interest-bearing account, until such time as a Distribution Order is entered and the funds can be disbursed pursuant to such Order.

In support of such motion, the Government avers:

1.     On June 22, 2024, the Court issued a temporary restraining order prohibiting any person from transferring or disposing of the Defendant, William A. Smith's, assets (including assets of his corporate entities) up to a total value of $39.3 million dollars in the related Civil Case, *United States v. Smith*, No. 2:24-cv-11626, ECF No. 5 ("*Smith Civil Case*").

2.      On January 28, 2025, the Defendant and Plaintiff, the United States, stipulated to, and the Court entered, a Stipulated Preliminary Injunction Extending the Asset Freeze ("Injunction") prohibiting any person from transferring or disposing of the Defendant's assets (including assets of his corporate entities) up to a total value of $39.3 million dollars. (*Id*., ECF No. 25).

3.      The Injunction froze the Defendant's and his entities' assets and permitted the controlled sale of property under certain conditions, e.g., via arms-length transaction, for fair market value, disclosed to the United States Attorney's Office, with proceeds preserved for the benefit of the Defendant's victims and ultimately subject to Court approval. (*Id*., at PageID.528).

4.      On September 24, 2024, the United States filed an Information against the Defendant for charges including Wire Fraud, in violation of 18 U.S.C. § 1343, and Laundering of Monetary Instruments, in violation of 18 U.S.C. § 1956(a)(1)(B)(i). (ECF No. 14). The Information included Forfeiture Allegations. (*Id*., PageID.56).

5.      On November 15, 2024, the Defendant pleaded guilty to Count One, Wire Fraud, in violation of 18 U.S.C. § 1343, and Count Two, Laundering of Monetary Instruments, in violation of 18 U.S.C. § 1956(a)(1)(B)(i), in a Rule 11 Plea Agreement ("Plea Agreement"). (ECF No. 22). Pursuant to the Plea Agreement, the Defendant agreed to pay restitution in the amount of at least $44.3 million and entry

of a personal forfeiture money judgment in favor of the United States in the amount of at least $44.3 million. (*Id.*, at PageID.85 and 86).

6.      On April 7, 2025, the Court entered a Stipulated Preliminary Order of Forfeiture and entered a forfeiture money judgment in the amount of $45,512,158.59 against the Defendant in favor of the United States. (ECF No. 32, at PageID.251). The forfeiture money judgment amount represented the total amount of proceeds the Defendant obtained or derived, directly or indirectly, from his violations of 18 U.S.C. §§ 1343 and 1956. (*Id.*). The Defendant agreed, and the Court ordered, that the forfeiture money judgment could be satisfied by any assets the Defendant has now, or may later acquire, through forfeiture of substitute assets under 21 U.S.C. § 853(p)(2). (*Id.*).

7.      On April 17, 2025, the Defendant and counsel met with the Government to review potential assets and his ability to pay restitution. The Defendant disclosed his ownership interests, both individually and through various corporate entities, in several rental properties, both residential properties and vacant land (referred to hereinafter as "Rentals"). *See* **Exhibit A**. Pursuant to the Injunction, the Defendant was permitted to continue receiving rental income for his necessary and reasonable living expenses. *Smith Civil Case*, ECF No. 25, at PageID.529-530. With the entry of the Stipulated Preliminary Order of Forfeiture, the Defendant's interests in the Rentals identified at **Exhibit A** were forfeited to the United States, but the

Government's agreement with the Defendant concerning the rental income as described in the Injunction remained in place. (ECF No. 32, at PageID.251–269).

8.     On April 24, 2025, the Defendant was sentenced, and the Court imposed criminal monetary penalties totaling $48,012,358.45, due immediately. (ECF No. 36, at PageID.396–397). Interest was waived. (*Id.*). Criminal forfeiture was also included in the judgment and included the personal forfeiture money judgment in the amount of $45,512,158.59, and the Defendant's forfeiture of real and personal property. (*Id.*, at PageID.397–406). The Stipulated Preliminary Order of Forfeiture was incorporated by reference. (*Id.*, at PageID.406). *See also* ECF No. 32. The Rentals identified at **Exhibit A** were also part of the property listed in the judgment and Stipulated Preliminary Order of Forfeiture. (ECF No. 32, at PageID.258–264, and ECF No. 36, at PageID.402–405). On August 8, 2025, a First Amendment to Preliminary Order of Forfeiture was entered to (1) clarify asset descriptions; (2) remove assets not forfeited; (3) include proceeds realized from certain assets previously listed to satisfy the money judgment entered against the Defendant; and (4) include newly discovered property available for forfeiture. (ECF No. 49). The First Amendment to Preliminary Order of Forfeiture included the Rentals identified at **Exhibit A**. (*Id.*, at PageID.582–89).

9.     Pursuant to Fed. R. Crim. P. 32.2(b)(4), "at sentencing … the preliminary forfeiture order becomes final as to the defendant." If the order directs the defendant

to forfeit specific property, it remains preliminary as to third parties until the ancillary proceeding is concluded under Rule 32.2(c).

10.    To the Government's knowledge, several of the Rentals remain occupied or otherwise active, and the tenant(s)/user(s) are aware the Rentals have been forfeited by the Defendant to the United States. Notice was provided on January 6, 2026.

11.    The United States respectfully requests that the Court enter an Order authorizing the Clerk of the Court to accept any and all funds from tenant(s) and/or other user(s) of the forfeited Rentals (identities to be provided to the Clerk) and deposit it into an interest-bearing account, deducting any fee authorized by the Judicial Conference of the United States.

12.    The United States further requests the Court to direct that the funds be held until such time as the Court has issued a subsequent distribution order.

13.    Concurrence was not sought with the Defendant or his counsel because the Defendant's rights to the property were forfeited to the United States on April 24, 2025.

WHEREFORE, the United States respectfully requests the Court enter an Order authorizing the Clerk of the Court to accept any and all funds from tenant(s) and/or other user(s) of the forfeited Rentals (identities to be provided to the Clerk) and deposit said funds into an interest-bearing account, deducting any fee authorized by the Judicial Conference of the United States. The United States further requests

the Court to direct that the funds be held until such time as the Court has issued a subsequent distribution order. A proposed order has been submitted separately through Utilities.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

s/ Jessica A. Nathan
JESSICA A. NATHAN
Assistant United States Attorney
TX State Bar No. 24090291
United States Attorney's Office
211 W. Fort St., Ste. 2001
Detroit, MI 48226
Phone: 313-226-9643
E-Mail: jessica.nathan@usdoj.gov
*Counsel for United States*

## Certification of Service

I hereby certify that on July 22, 2026, the foregoing document was electronically filed using the CM/ECF system which will send notification of such filing to all CM/ECF participants, including counsel of record.

s/ Jessica A. Nathan
Jessica A. Nathan (TX 24090291)
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9643
Jessica.Nathan@usdoj.gov

## EXHIBIT A – RENTALS

1)  6405 Penrod, Detroit, MI

2)  18966 Sussex, Detroit, MI

3)  15455 Gilchrist St., Detroit, MI

4)  11739 Heyden St., Detroit, MI

5)  16500 Biltmore, Detroit, MI

6)  16511 Biltmore, Detroit, MI

7)  16700 Biltmore, Detroit, MI

8)  16717 Rutherford, Detroit, MI

9)  15791 Murray Hill, Detroit, MI