**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff/Respondent,                     Case No.: 24-CR-20532
                                        (related to 25-MC-50559)

v.

WILLIAM A. SMITH,                      Hon. Susan K. DeClercq
                                     United States District Judge

      Defendant,

and

KIMBERLY SMITH, and

OLD NATIONAL BANK,

      Interested Party/Petitioner(s).

_____/

**UNOPPOSED APPLICATION FOR INTERLOCUTORY SALE ORDER AS**
**TO REAL PROPERTY LOCATED AT**
**21291 EQUESTRIAN TRAIL, NORTHVILLE, MI**

Plaintiff, the United States, by and through the United States Attorney's Office for the Eastern District of Michigan ("USAO"), respectfully moves the Court to enter an order for interlocutory sale for the following real property commonly known and numbered as **21291 Equestrian Trail, Northville, MI 48167**, with all appurtenances, improvements and attachments thereon and more particularly described as:

> Land in the City of Novi, County of Oakland, State of Michigan, described as follows:
>
> Unit 69, Maybury Park Estates, a Condominium, according to the Master Deed recorded in Liber 32412, Pages 650 through 726, inclusive, as amended, and designated as Oakland County Condominium Plan No. 1609, together with rights in general common elements and the limited common elements as set forth in the above Master Deed and as described in Act 59 of the Public Acts of 1978, as amended.
>
> PIN No: 22-32-401-077

(hereinafter referred to as the "Subject Property") located in Oakland County, Michigan.

On June 10, 2024, an Affidavit Relating to Matter Affecting Real Property in favor of the United States at Liber 59412, Page 62 was recorded with the Oakland County Register of Deeds concerning the Subject Property.

On June 22, 2024, a Temporary Restraining Order was entered prohibiting any person from transferring or disposing of the Subject Property in related case *United States v. Smith*, Case No. 24-cv-11626, ECF No. 5.

On April 7, 2025, a Stipulated Preliminary Order of Forfeiture was entered against the Defendant William A. Smith. (ECF No. 32). The Stipulated Preliminary Order of Forfeiture included, but was not limited to, forfeiture of the Subject Property. (*Id.*, at PageID.263).

On April 24, 2025, the Defendant was sentenced, and his forfeiture of the Subject became final. (ECF No. 36, at PageID.405).

On August 8, 2025, a First Amendment to Preliminary Order of Forfeiture was entered to clarify asset descriptions and other forfeiture proceedings. (ECF No. 49). The Subject Property was included in the First Amendment to Preliminary Order of Forfeiture. (*Id*., at PageID.587). The Subject Property is subject to the Defendant's judgment and lien for restitution pursuant to 18 U.S.C. §§ 3663A and 3613. *See also* ECF No. 36, at PageID.405.

Ancillary petitions concerning the Subject Property are pending before the Court. *See United States v. Smith*, 25-MC-50559, ECF No. 5, 19, and 21 ("*Smith Ancillary Forfeiture Case*"). The Subject Property is currently under the management of the U.S. Marshals and/or their agent. The Subject Property is a depreciating asset and is continuing to incur expenses.

Therefore, due to ongoing expenses, maintenance, accruing taxes, interest and penalty fees, the United States conferred with the Interested Party/Petitioner(s): Kimberly Smith, by and through her counsel, Todd Perkins; and Old National Bank, by and through its servicer, JPMorgan Chase Bank, NA ("Chase"), by and through its counsel, Quinn W. Gray, and the Petitioners concurred it is in their best interests for the United States Marshals Service to preserve the Subject Property's remaining value through an interlocutory sale. The Petitioners had no objections to the Subject Property's realized net proceeds being deposited into the Department of Justice

Seized Asset Deposit Fund, an interest-bearing account, maintained by the United States Marshal Service, pending resolution of the forfeiture proceedings.

The government is submitting a proposed order via the Utilities function on ECF.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

s/ Jessica A. Nathan
JESSICA A. NATHAN
(TX 24090291)
Assistant United States Attorney
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9643
Jessica.Nathan@usdoj.gov

Dated: August 7, 2026

## Certification of Service

I hereby certify that on August 7, 2026, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

s/ Jessica A. Nathan
Jessica A. Nathan (TX 24090291)
Assistant United States Attorney
211 W. Fort Street, Ste. 2001
Detroit, Michigan 48226
(313) 226-9643
Jessica.Nathan@usdoj.gov