### ATTORNEY/CLIENT RETAINER AGREEMENT

**WILLIAM SMITH** ("Client"), hereby requests and authorizes **GERALD K. EVELYN** ("Attorney") for representation of Client in a pending criminal investigation regarding Client's employment.

Attorney agrees to use his best efforts on behalf of Client. Client agrees to retain Attorney for the purposes described in this retainer under the following conditions:

1.  EMPLOYMENT OF ATTORNEY: Client agrees to retain Attorney to represent Client in this matter. The instant services rendered by Attorney shall include representing Client in this matter.

2.  RETAINER AND COMPENSATION FOR ATTORNEY: For services rendered and to be rendered by Attorney, Client agrees to pay Gerald K. Evelyn attorney's fees calculated on the basis of time expended on the above-stated matter at an hourly rate of **$400 for Gerald K. Evelyn**. Attorney may engage other attorneys, if necessary, at an hourly rate of **$225**.  The retainer amount is **$50,000**.  Such fees shall be paid as follows:

    a)  Billing Statement:  Attorney shall bill Client on a periodic basis. Client shall pay the amount shown as due on the bill within 10 days of receipt.

3.  PAYMENT OF COSTS AND EXPENSES: In addition to paying fees for services, Client is responsible for and agrees to pay all out of pocket costs and expenses that Attorney incurs in representing Client in this matter.  These costs and expenses include filing fees and other court costs, fees for witnesses and costs for depositions and transcripts, expenses for investigation on the claim(s), costs for reproducing documents, expenses for travel, and costs for expedited mailing.  Such costs and expenses shall be billed to and paid by Client together with attorney's fees, as stated in Paragraph 2.

4.  NO ESTIMATE OF TOTAL BILLS:  Client understands that the ultimate amount of fees, costs and expenses is a factor in nature of the complexity of the case. It cannot be estimated or determined in advance how long it will take to complete these matters, nor can it be determined in advance what amount of Attorney's time will be expended or what costs and expenses will be incurred in the investigation, analysis, settlement, and/or preparation of the case.

5.  NO GUARANTEE:  Attorney has not made and does not make any promises or guarantees concerning the potential outcome of the investigation or of any settlement. If Client is charged following the investigation, Attorney and Client will enter into a new Retainer Agreement.

6.  SCOPE OF AGREEMENT:  Attorney agrees to provide services under this Agreement for representation.

7.  ENTIRE AGREEMENT:  This Agreement constitutes the full understanding of the Parties. Any prior Agreements are merged in and superseded by this Agreement.

8.  FILE RETENTION/DESTRUCTION:  It is agreed that any file materials generated as a result of the underlying retention shall be kept by Attorney for a period of six years after which Attorney is authorized to destroy all file materials.

9.  MODIFICATIONS:  This Agreement shall only be modified in writing and signed by Client and Attorney.

Date: 4/24/24 _____

_____
WILLIAM SMITH (Client)


Date: _____

_____
GERALD K. EVELYN (Attorney)