UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

Case No. 24-cr-20532
Honorable Susan K. DeClercq

vs.

William A. Smith,

Defendant.

---

**Declaration of Publication**

---

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning August 22, 2025, and ending on September 20, 2025, as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 11, 2026 within the United States.

Jessica A. Nathan
Jessica A. Nathan
Assistant United States Attorney

Attachment 1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**COURT CASE NUMBER: 2:24-CR-20532; NOTICE OF FORFEITURE**

Notice is hereby given that on April 07, 2025, in the case of U.S. v. William A. Smith, Court Case Number 2:24-CR-20532, the United States District Court for the Eastern District of Michigan entered an Order condemning and forfeiting the following property to the United States of America:

$104,682.19 in funds from Bank Account XXXXX9397 held in the name of Charlotte Smith and William Smith, III at JPMorgan Chase Bank, N.A. Monroe, LA. (24-FBI-006702)

Miscellaneous Electronics (24-FBI-008705), including the following items:
1. Lenova YOGA Laptop Computer 920-13IKB, SN: PF116TJR;
2. HP Envy X360 m6 Convertible Laptop, SN: 8CG640332C;
3. MacBook Pro, Model A1286, SN: C02HH5SJDV33;
4. iPad 32GB, Model A1397, SN: DLXFPBM4DKPM;
5. iPad, Model A1454, SN: F4KK923BF19G;
6. iPad, Model A1432, SN: F4KJPF87F198;
7. MacBook Air, Model A1370, SN: C02GV5SRDJYD;
8. Lenovo YOGA 920-13IKB Laptop, Model 80Y7, SN: PF17CB6R;
9. Flip phone, SN: Unknown;
10. Cruzer Glide 8GB Flashdrive, SN: Unknown;
11. Blackberry KEY2 phone, Model BBE100-5 with plastic cover, SN: Unknown;
12. Blackberry phone, red in color, SN: Unknown;
13. Blackberry phone, SN: Unknown;
14. Barnes & Noble Nook Tablet, Model BNTV250, SN: Unknown

Miscellaneous Clothing (24-FBI-008706), including the following items:
1. THRT, tan and cammo leather pants;
2. Black Gucci pants, size XXXL, style 698426;
3. Black Gucci jacket, red and green stripes down sleeves, size XXXL, style 696802;
4. We Are Legend, tan long sleeved shirt;
5. We Are Legend button shirt, orange and black sealed in bag;
6. We Are Legend pants, orange and black sealed in bag;
7. Paper Planes pants, diamond pattern, gray, white, and black;
8. Detroit Pistons #2 shirt;
9. Detroit Pistons Basketball dry fit long sleeve shirt;
10. Green and white striped collared shirt;
11. THRT jeans;
12. Paper Planes Robe XL/XXL, diamond pattern, gray, white, and black;
13. Puma, dry cell pants, black;
14. Puma, black jacket, 3XL;
15. Paper Planes knit pants, black, style 610003;

16. Paper Planes knit pants, black with white around ankles, style 610013;
17. Paper Planes solid black pants, style 600112;
18. Paper Planes solid black pants, style 600112;
19. Paper Planes solid black pants, style 600112;
20. Gray pony socks;
21. White Paper Planes socks;
22. Black Paper Planes socks;
23. Black Paper Planes knit beanie;
24. Black Paper Planes t-shirt

Miscellaneous Clothing and Accessories (24-FBI-008707), including the following items:

1. Pistons Jacket;
2. Louis Vuitton Shoes, cream leather sneakers in box with dust bag;
3. Louboutin Backpack, black and red;
4. Givenchy Shoes, black no lace sneakers in box with dust bag;
5. Givenchy Shoes, black leather loafers, white sole, red band across top in box with dust bag;
6. Louboutin Shoes, black short boots in box with dust bag;
7. Alexander McQueen Black Men's Sneakers in box;
8. Fendi Shoes, solid black sneakers in box with dust bag;
9. Louboutin Shoes, black sneakers with red rippled soles in box with dust bag;
10. Louboutin Shoes, cream and tan sneakers with white laces in box with dust bag;
11. Louboutin Shoes, black and gray high tops in box;
12. Louboutin Shoes, light blue high tops in box with dust bag;
13. Louboutin Shoes, dark blue suede high tops in box with dust bag;
14. Louis Vuitton Shoes, black and blue sneakers in box with dust bag;
15. Louis Vuitton Shoes, Black leather with laces, white sole in box with dust bag;
16. Louis Vuitton Shoes, Black and gray sneaker with laces in box with dust bag;
17. Gucci Wallet, black with red and green stripe, in box;
18. Gucci Hat, wicker with red and black ribbon, in box;
19. Gucci Scarf, navy in box;
20. Gucci Scarf, black and gray shimmer in box;
21. Louis Vuitton Handbag, green with logos, and two sets of straps, one green one gold chain in box;
22. Gucci Shoes, white leather with red laces in box with dust bag;
23. Fendi Handbag, light and dark brown in box;
24. Balenciaga handbag, gray with red and green stripe in box;
25. Louboutin Shoes, brown leather sandals in box with dust bag;
26. Gucci Shoes, black sneakers with red and green stripes in box with dust bag;
27. Gucci Wallet, gold logo with pearls in box;
28. Gucci Wallet, tan with Gucci small logos, red and green stripes in box;
29. Louis Vuitton Scarf, black and gray in box;
30. Louis Vuitton Wallet, tan leather in box with bag;
31. Burberry Purse with cashmere scarf, brown plaid pattern;
32. Gucci Shoes, black boots in box with dust bag;
33. Gucci Shoes, white sneakers with red and blue stripes in box with dust bag;
34. Gucci Slides, pink in box with dust bag;
35. Givenchy Shoes, black leather loafers, white sole in box;

36. Gucci Fanny Pack, white with red and black strap;
37. Chanel Handbag, black with chain handle in box with dust bag;
38. Louis Vuitton Scarf, brown with tan logos in box;
39. Gucci Tall Boots, tan with logos in box with dust bag

Miscellaneous Clothing and Accessories (24-FBI-008708), including the following items:
1. Calvin Klein black classic fit t-shirts;
2. Puma Clyde Post Game Runway shoes in regal blue-burnt red, size 13;
3. Pack of Calvin Klein boxers, size XL;
4. Puma x Dapper Dan T7 Jacket XXL in Regal Blue;
5. Puma x Dapper Dan T7 Pants in Regal Blue;
6. Puma x Dapper Dan T7 Bucket Hat L/XL in Regal Blue;
7. Legacy History Pride sweatshirt, purple and yellow trim;
8. Legacy History Pride shorts, purple and yellow trim;
9. Paper Planes pants, khaki colored;
10. White Paper Planes socks, size XL;
11. Puma x Dapper Dan white 'Harlem' shirt

Miscellaneous Shoes (24-FBI-008709), including the following items:
1. Gucci Men's Monogram Logo Low-top white Sneaker size 13 in box;
2. Puma Men's Clyde OG 75 Lace Up Sneakers size 13 in box

Miscellaneous Clothing and Accessories (24-FBI-008710), including the following items:
1. Gucci 'Ace' ultra light plume calf white sneakers with red/green stripe size 13 in box;
2. Gucci Monogram top handle canvas handbag in box;
3. Gucci zip up hooded jacket, white with red and blue stripes, style 693024, size XXXL;
4. Gucci Ace ultra light plume calf white sneakers with red/green stripe, size 13 in box

Miscellaneous Shoes (24-FBI-008711), including the following items:
1. Louboutin Triumph Bally 1851 sneakers, white/blue calf plain, size 13 in box;
2. Gucci shearling loafers blue with red and green strip size 13 in box;
3. Gucci tennis 1977 GG canvas casual men's brown sneakers size 13;
4. Gucci Ace Stripe Leather Sneaker, 'White Red Black' Men's Size 12 1/2 in box

Miscellaneous Clothing and Accessories (24-FBI-008712), including the following items:
1. Gucci Women's 100 Rhyton Sneaker Beige Monogram Euro size 42;
2. Gucci 100 Cream/Red Silk Monogram Floral Print scarf

Twelve (12) Pairs of Designer Sunglasses (24-FBI-008713), including the following items:
1. Prada sunglasses, yellow;
2. Prada sunglasses, blue, in box;
3. Two-toned brown Louis Vuitton sunglasses with curved arms;

4. Gucci sunglasses, aviators;
5. Gucci tortoise sunglasses with silver arms in case;
6. Gucci sunglasses wire frame in burgundy case;
7. Gucci sunglasses, black, in case;
8. Gucci tortoise sunglasses in case;
9. Louis Vuitton sunglass in orange box;
10. Louis Vuitton sunglasses in case;
11. Brown Gucci sunglasses with tortoise print in case;
12. Gucci sunglasses in case, solid brown

Miscellaneous Purses (24-FBI-008714), including the following items:
1. MCM Cognac Visetos Jemison Box Bag with studs, black strap, silver color hardware. SN: MWR9SJV3CO001 10751811;
2. MCM Cognac Visetos Boston 18 cm Mini satchel. Model/SN: MWB9ASE25CO001 10031908;
3. Saint Laurent College large black chevron quilted matte leather envelope flap bag with tonal hardware. Model: GUE 487212

Three (3) Gucci Purses (24-FBI-008716), including the following items:
1. Gucci Marmont Matelasse Shoulder bag, navy with ivory trim. Model 443497 213317;
2. Gucci Marmont Torchon GG Diagonal Quilted Mini Bucket Bag navy and ivory trim, Model 573817 525040;
3. Gucci GG Supreme Monogram Camera Shoulder bag beige and black with web strap

Two (2) Ballgowns Ser No: See List (24-FBI-008717), including the following items:
1. Navy Chiara Boni ballgown;
2. Navy lace Janique ballgown, style JA5013, size 16

Miscellaneous Clothing and Accessories (24-FBI-008718), including the following items:
1. Black Cariaggio cashmere scarf;
2. Louis Vuitton Monogram Coated canvas Purse, brown with tan strap;
3. Louis Vuitton Monogram Coated, top handle canvas Purse, brown and tan handle, in cloth bag

Miscellaneous Clothing and Accessories (24-FBI-008719), including the following items:
1. Louis Vuitton Monogram Coated canvas backpack, brown;
2. Louis Vuitton Monogram Coated canvas wallet, brown;
3. Louis Vuitton Monogram Coated canvas checkbook holder, brown;
4. MCM half oval purse;
5. MCM rectangular purse;
6. Guccy purse, black with gold writing;
7. Chanel wallet, black in box;
8. Warby Parker Sunglasses with case;
9. Gucci sunglasses tortoise shell

Tiffany & Co. Set of Two Champagne Flutes in gift box (24-FBI-008720)

Miscellaneous Jewelry (24-FBI-008721), including the following items:
1. Sterling Silver and Cubic Zirconia 'Mom' necklace, Golden Gifts Jewelers box;
2. Diamond and 14k White Gold Tennis Bracelet, Golden Sun Jewelry box;
3. Sterling Silver Tiffany & Co. infinity cross necklace with box and papers from Tiffany

Miscellaneous Jewelry (24-FBI-008722), including the following items:
1. Stainless steel Mont Blanc Meisterstuck Watch, black bezel, Reference 7037, Case #PL76560;
2. Stainless steel Breitling Super Ocean Steelfish date Watch with diamonds, Reference A17390, Case 1097510;
3. Sterling silver and cubic zirconia Pandora "circle of sparkle" necklace;
4. Sterling silver and cubic zirconia Pandora conjoined circle ring

$77,827.38 sale proceeds in lieu of 880 E. M. L. K., Idlewild, MI plus any additional funds realized after closing (25-FBI-000254)

Cashier's check in the amount of $72,721.60 remitted to the United States Marshal Service by Global Escrow Solutions LLC from the sale of Pedregal One 203, Los Cabos, Baja California Sur, Mexico (25-FBI-000356)

$86,398.97 sale proceeds in lieu of 2087 Holtz Lane, Atlanta plus any additional funds realized after closing (25-FBI-002166)

2021 36' Cruisers 35 Express Yacht, hull identification number CRSEC214B021, and any proceeds from the sale thereof (25-FBI-002901)

Real property located at 6405 Penrod, Detroit, MI (25-FBI-002984), including the right of possession, and being more fully described as:
LOT 503, Frischkorn's Highlands No. 2, Subdivision, according to the plat thereof recorded in Liber 41, on Page 23 of Plats, Wayne Country Records
COMMONLY KNOWN AS: 6405 Penrod, Detroit, Michigan
PARCEL ID: Ward 22 Item 078261
TITLED TO: William Smith and Kimberly Smith

Real property located at 11739 Heyden, Detroit, MI 48228 (25-FBI-002985), including the right of possession, and being more fully described as:
W HEYDEN N 42FT 32 MAPLES PARK SUB L53P9 PLATS, WC R 22/285 42 X 125
COMMONLY KNOWN AS: 11739 HEYDEN, DETROIT, MI 48228
PARCEL ID: 22099870
TITLED TO: YBE Property Group, LLC, William A Smith

Real property located at 12709 Cloverlawn, Detroit, MI 48238 (25-FBI-002986), including the right of possession, and being more fully described as:
Lot 92, JAMES S. HOLDEN COMPANY CLOVERLAWN, as recorded in Liber 46 page 14, of Plats, Wayne County Records

COMMONLY KNOWN AS: 12709 Cloverlawn, Detroit, Michigan 48238
PARCEL ID: Ward 16, Item No. 31483
TITLED TO: William Smith and Charlotte R. Smith

$5,000.00 in lieu of real property located at 14026 Mark Twain, Detroit, MI 48223 (25-FBI-002987)

Real property located at 15455 Gilcrest, Detroit, MI 48227 (25-FBI-002988), including the right of possession, and being more fully described as:
Land in the CITY of DETROIT, WAYNE County, State of MICHIGAN, LOT 181 CRESCENT HEIGHTS SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN LIBER 35 OF PLATS, PAGE 29, WAYNE COUNTY RECORDS
COMMONLY KNOWN AS: 15455 Gilchrist St., Detroit, Michigan
Tax Item Number: Ward 22 Item 65901
TITLED TO: KIMBERLY L. SMITH

Real property located at 15791 Murray Hill, Detroit, MI 48227 (25-FBI-002989), including the right of possession, and being more fully described as:
Land in the CITY of DETROIT, WAYNE County, State of MICHIGAN, LOT 378, B.E. TAYLOR'S LUANA SUBDIVISION, ACCORDING TO THE PLAT THEREOF RECORDED IN LIBER 40 0 PLAT, PAGE 51, WAYNE COUNTY RECORDS
COMMONLY KNOWN AS: 15791 Murray Hill, Detroit, MI 48227
PARCEL ID: Ward 22 / Item 60441
TITLED TO: WILLIAM SMITH AND KIMBERLY SMITH

Real property located at 16500 Biltmore, Detroit, MI 48235 (25-FBI-002990), including the right of possession, and being more fully described as:
E BILTMORE 832 BE TAYLORS RAINBOW SUB L41 P75 PLATS, WC R 22/6 37.98 X 106.6
COMMONLY KNOWN AS: 16500 BILTMORE, DETROIT, MI 48235
PARCEL ID: 22063967
TITLED TO: YBE Property Group, LLC, William A Smith

Real property located at 16510 Biltmore, Detroit, MI 48235 (25-FBI-002991), including the right of possession, and being more fully described as:
Lot No. 831 B. E. Taylors Rainbow Subdivision, (Plats) as recorded in Liber 41, Page 75, Wayne County Records
COMMONLY KNOWN AS: 16510 Biltmore, Detroit, MI 48235
PARCEL ID: Ward 22 Item No: 063968
TITLED TO: William Smith III

Real property located at 16511 Biltmore, Detroit, MI 48235 (25-FBI-002992), including the right of possession, and being more fully described as:
Lot 802 of B.E. TAYLORS RAINBOW SUBDIVISION, as recorded in Liber 41 of Plats, Page 75, Wayne County Records
COMMONLY KNOWN AS: 16511 BILTMORE, DETROIT, MI 48235
PARCEL ID: 22-064460
TITLED TO: William Smith

Real property located at 16527 Biltmore, Detroit, MI 48235 (25-FBI-002993), including the right of possession, and being more fully described as:
W Biltmore 804 B E Taylors Rainbow Sub L41 P75 Plats, W C R 22/6 40 X 107.03
COMMONLY KNOWN AS: 16527 Biltmore, Detroit, MI 48235
PARCEL ID: Ward 22 Item No: 064458
TITLED TO: You Services, LLC

Real property located at 16700 Biltmore, Detroit, MI 48235 (25-FBI-002995), including the right of possession, and being more fully described as:
Lot 817, B. E. Taylor's Rainbow Subdivision, as recorded in Liber 41, Page 75 of plats Wayne County Records
COMMONLY KNOWN AS: 16700 Biltmore, Detroit, MI 48235
PARCEL ID: Ward 22 Item No: 063968
TITLED TO: William A. Smith

Real property located at 16717 Rutherford, Detroit, MI 48235 (25-FBI-002996), including the right of possession, and being more fully described as:
LOT 71, PALMER FIELD SUBDIVISION, AS RECORDED IN LIBER 37, PAGE 7 OF PLATS, WAYNE COUNTY RECORDS
COMMONLY KNOWN AS: 16717 Rutherford, Detroit, MI 48235
PARCEL ID: Ward 22 / Item 056425
TITLED TO: WILLIAM A. SMITH

Real property located at 17125 W. McNichols, Detroit, MI 48235 (25-FBI-002997), including the right of possession, and being more fully described as:
S--W MC NICHOLS RD 156 THRU 161 FAIRFIELD SUB L47 PII PLATS, WC R 22/7 129.72 X 100
COMMONLY KNOWN AS: 17125 W McNichols, Detroit, MI 48235
PARCEL ID: 22013061-6
TITLED TO: YBE Property Group, LLC, William A Smith

Real property located at 17207 W. McNichols, Detroit, MI 48235 (25-FBI-002998), including the right of possession, and being more fully described as:
S--W MCNICHOLS S 80 FT 2 BE TAYLORS RAINBOW SUB L41 P75 PLATS, W C R 22/6 20 X 80
COMMONLY KNOWN AS: 17207 W McNichols, Detroit, MI 48235
PARCEL ID: 22013068
TITLED TO: YBE Property Group, LLC, William A Smith

Real property located at 18901 W. McNichols, Detroit, MI 48219 (25-FBI-002999), including the right of possession, and being more fully described as:
S--W MC NICHOLS E 60 FT OF 252 THRU 250 EXC MC NICHOLS RD AS WD MYLAND SUB L33 PI O PLATS, W C R 22/443 60 X 85.59A
COMMONLY KNOWN AS: 18901 W McNichols, Detroit MI 48219
PARCEL ID: 22013201.001
TITLED TO: YBE Property Group, LLC, William A Smith

Real property located at 18921 W. McNichols, Detroit, MI 48219 (25-FBI-003000), including the right of possession, and being more fully described as:

S--W MC NICHOLS RD W 75 FT OF LOTS 252 THRU 250 EXC MC NICHOLS RD AS WE MYLAND SUB L33 Pl0 PLATS, WC R 22/445 75 X 86.91A
COMMONLY KNOWN AS: 18921 W McNichols, Detroit MI 48219
PARCEL ID: 22013201.002L
TITLED TO: YBE Property Group, LLC, William A Smith

Real property located at 21291 Equestrian Trail, Northville, MI 48167 (25-FBI-003001), including the right of possession, and being more fully described as:
Unit 69, Maybury Park Estates, a Condominium, according to the Master Deed recorded in Liber 32412, Pages 650 through 726, inclusive, as amended, and designated as Oakland County Condominium Plan No. 1609, together with rights in general common elements and the limited common elements as set forth in the above Master Deed and as described in Act 59 of the Public Acts of 1978, as amended.
COMMONLY KNOWN AS: 21291 Equestrian Trail, Northville, Michigan 48167
PARCEL ID: 22-32-401-077
TITLED TO: William A. Smith and Kimberly L. Smith

Real property located at 25307 Ross Dr., Redford Twp., MI 48239 (25-FBI-003002), including the right of possession, and being more fully described as:
Lots 980 and 981, including 1/2 vacated alley at the rear therof, B.E. TAYLOR'S GOLF AND COUNTY CLUB SUBDIVISION NO. 2, according to the Plat thereof as recorded in Liber 59 of Plats, Page(s) 16, Wayne County Records
COMMONLY KNOWN AS: 25307 Ross Drive, Redford Twp., MI 48239
PARCEL ID: 79-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-000
TITLED TO: Ross Drive LLC

Real property located at 18966 Sussex, Detroit, MI 48235 (25-FBI-003003), including the right of possession, and being more fully described as:
E SUSSEX 1787 BLACKSTONE PARK SUB NO 2 L49 P47 PLATS, WC R 22/237 40 X 119.50. NEZ HOMESTEAD CERT #NH2011-0226 RELATED PARCEL #27110226.
COMMONLY KNOWN AS: 18966 Sussex, Detroit, MI
PARCEL ID: 22046395
TITLED TO: 48235 PROPERTIES, LLC

Real property located at 11914 Deepwater Ridge Way, Cypress, TX 77433 (25-FBI-003004), including the right of possession, and being more fully described as:
Lot Fifty-Four (54), Block One (1) of TOWNE LAKE SEC 61, an addition in Harris County, Texas, according to the map or plat thereof recorded in Film Code No. 693604 of the Map Records of Harris County, Texas
COMMONLY KNOWN AS: 11914 Deepwater Ridge Way, Cypress, TX 77433
TAX ID: 1420160010054
TITLED TO: William A. Smith

Real property located at 203 James Trimm Dr., Leland, MS 38756 (25-FBI-003005), including the right of possession, and being more fully described as:

Black Dog Add Lots 27 & 28 Lot Size 50 X 100 Plat-bk-0003 Pg 0015 Block 003
Deed Book 2042 Page 154 Parcel #30262400000
COMMONLY KNOWN AS: 203 James Trimm Dr, Leland, MS 38756-2211
PARCEL NO: 30262400000
TITLED TO: YBE Property Group, LLC

All funds on deposit in Chase Bank Account ending 0995 (25-FBI-003125)

All funds on deposit in Chase Bank Account ending 2235 (25-FBI-003126)

All funds on deposit in Chase Bank Account ending 9324 (25-FBI-003127)

All funds on deposit in Chase Bank Account ending 5531 (25-FBI-003128)

All funds on deposit in Chase Bank Account ending 9099 (25-FBI-003129)

All funds on deposit in Chase Bank Account ending 2159 (25-FBI-003130)

All funds on deposit in Chase Bank Account ending 1285 (25-FBI-003131)

All funds on deposit in Chase Bank Account ending 3552 (25-FBI-003132)

All funds on deposit in Chase Bank Account ending 8716 (25-FBI-003133)

All funds on deposit in Chase Bank Account ending 2056 (25-FBI-003134)

All funds on deposit in Chase Bank Account ending 7183 (25-FBI-003135)

All funds on deposit in Chase Bank Account ending 9169 (25-FBI-003136)

All funds on deposit in Chase Bank Account ending 0106 (25-FBI-003137)

All funds on deposit in Chase Bank Account ending 7813 (25-FBI-003139)

$67,432.83 sale proceeds in lieu of real property commonly known as Vacant Lots, Delta Pl., Idlewild, Michigan plus any additional funds realized after closing (25-FBI-003255)

2019 Jeep Wrangler, VIN 1C4HJXEG7KW533798 (25-FBI-003443)

2021 Bombardier Can-Am motorcycle, VIN 2BXRDDE41MV000025 (25-FBI-003524)

2021 Bombardier Can-Am motorcycle, VIN 2BXRDDE42MV000017 (25-FBI-003525)

2020 Mercedes Metris Passenger Van, VIN W1WV0FEY8L3745030 (25-FBI-003526)

2022 Chevrolet Passenger Van, VIN 1GAZGPF77N1214302 (25-FBI-003527)

Tenant Street Sweeper S20 in the possession of William Smith at 12801 Inkster Rd., Livonia, MI (25-FBI-003691)

Tenant Street Sweeper S30 in the possession of William Smith at 12801 Inkster Rd., Livonia, MI (25-FBI-003692)

2015 Load Trail Trailer in the possession of William Smith at 12801 Inkster Rd., Livonia, MI VIN# 4ZESA1017F1078715 (25-FBI-003693)

All proceeds from the sale of Duo Lounge (25-FBI-003767)

All of William Smith's interests/assets related to CO2 Investments, LLC, including but not limited to a $50,000 investment held in escrow, and any dividend or payout he may be owed (25-FBI-003792)

All right, title and interest in 2077 Hyde Park Drive, Detroit, MI 48207, including (a) the membership and membership certificate in the Hyde Park Cooperative Inc., 1969 Hyde Park Drive, Detroit, MI; and (b) all rights of occupancy, possession, and sale (to include all rights under the applicable Occupancy Agreement) (25-FBI-003793)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (August 22, 2025) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 231 W. Lafayette, Detroit, MI 48226, and a copy served upon Assistant United States Attorney K. Craig Welkener, 211 W. Fort Street, Suite 2001, Detroit, MI 48226. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of

the forfeiture are found at 28 C.F.R. Section 9.5(a). The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b). The petition for remission need not be made in any particular form and may be filed online or in writing. You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice. *See* 28 C.F.R. Section 9.3(a). The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online. If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney K. Craig Welkener, 211 W. Fort Street, Suite 2001, Detroit, MI 48226. This website provides answers to frequently asked questions (FAQs) about filing a petition for remission. You may file both an ancillary petition with the court and a petition for remission or mitigation.

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between August 22, 2025 and September 20, 2025. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. William A. Smith

**Court Case No:** 2:24-CR-20532
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 08/22/2025 | 23.9 | Verified |
| 2 | 08/23/2025 | 23.9 | Verified |
| 3 | 08/24/2025 | 23.9 | Verified |
| 4 | 08/25/2025 | 23.9 | Verified |
| 5 | 08/26/2025 | 23.9 | Verified |
| 6 | 08/27/2025 | 24.0 | Verified |
| 7 | 08/28/2025 | 23.9 | Verified |
| 8 | 08/29/2025 | 23.8 | Verified |
| 9 | 08/30/2025 | 23.8 | Verified |
| 10 | 08/31/2025 | 23.9 | Verified |
| 11 | 09/01/2025 | 23.9 | Verified |
| 12 | 09/02/2025 | 23.9 | Verified |
| 13 | 09/03/2025 | 23.9 | Verified |
| 14 | 09/04/2025 | 23.9 | Verified |
| 15 | 09/05/2025 | 23.9 | Verified |
| 16 | 09/06/2025 | 23.8 | Verified |
| 17 | 09/07/2025 | 23.8 | Verified |
| 18 | 09/08/2025 | 23.9 | Verified |
| 19 | 09/09/2025 | 24.0 | Verified |
| 20 | 09/10/2025 | 23.8 | Verified |
| 21 | 09/11/2025 | 23.8 | Verified |
| 22 | 09/12/2025 | 23.9 | Verified |
| 23 | 09/13/2025 | 23.9 | Verified |
| 24 | 09/14/2025 | 23.9 | Verified |
| 25 | 09/15/2025 | 24.0 | Verified |
| 26 | 09/16/2025 | 23.9 | Verified |
| 27 | 09/17/2025 | 23.9 | Verified |
| 28 | 09/18/2025 | 23.8 | Verified |
| 29 | 09/19/2025 | 23.8 | Verified |
| 30 | 09/20/2025 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.