UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

Case No. 24-cr-20532
Honorable Susan K. DeClercq

vs.

William A. Smith,

Defendant.

---

**Notice of Finality of Forfeiture**

---

1. On April 7, 2025, this Court entered a Stipulated Preliminary Order of Forfeiture (ECF No. 32), as amended on August 8, 2025 (ECF No. 49), as to William A. Smith, ordering the forfeiture of certain property, including, but not limited to, the following "Forfeited Property":

**Cash/Bank Accounts:**

b. $77,827.38 sale proceeds in lieu of 880 E. M. L. K., Idlewild, MI plus any additional funds realized after closing (25-FBI-000254);
c. Cashier's check in the amount of $72,721.60 remitted to the United States Marshal Service by Global Escrow Solutions LLC from the sale of Pedregal One 203, Los Cabos, Baja California Sur, Mexico (25-FBI-000356);
d. All funds on deposit in Chase Bank Account 0995 (approximately $3,523.01 as of 01/30/2025) (25-FBI-003125);
h. All funds on deposit in Chase Bank Account 9099 (approximately $1,055.67 as of 01/30/2025) (25-FBI-003129);

i. All funds on deposit in Chase Bank Account 2159 (approximately $947.99 as of 01/30/2025) (25-FBI-003130);
j. All funds on deposit in Chase Bank Account 1285 (approximately $1,084.26 as of 01/30/2025) (25-FBI-003131);
k. All funds on deposit in Chase Bank Account 3552 (approximately $199.21 as of 01/30/2025) (25-FBI-003132);
l. All funds on deposit in Chase Bank Account 8716 (approximately $946.88 as of 01/30/2025) (25-FBI-003133);
m. All funds on deposit in Chase Bank Account 2056 (approximately $908.80 as of 01/30/2025) (25-FBI-003134);
n. All funds on deposit in Chase Bank Account 7183 (approximately $1,547.55 as of 01/30/2025) (25-FBI-003135);
o. All funds on deposit in Chase Bank Account 9169 (approximately $127.94 as of 01/30/2025) (25-FBI-003136);
p. All funds on deposit in Chase Bank Account 0106 (approximately $2,364.23 as of 01/30/2025) (25-FBI-003137);
r. All funds on deposit in Chase Bank Account 7813 (approximately $32,389.49 as of 01/30/2025) (25-FBI-003139);

**Vehicles:**

u. Cash/Currency in lieu of 2021 Bombardier Can-Am motorcycle, VIN 2BXRDDE41MV000025 (25-FBI-003524);
v. Cash/Currency in lieu of 2021 Bombardier Can-Am motorcycle, VIN 2BXRDDE42MV000017 (25-FBI-003525);
w. Cash/Currency in lieu of 2020 Mercedes Sprinter van, VIN W1WV0FEY8L3745030 (25-FBI-003526);
x. Cash/Currency in lieu of 2019 Jeep Wrangler, VIN 1C4HJXEG7KW533798 (25-FBI-003443);
y. Cash/Currency in lieu of 2022 Chevrolet passenger van, VIN 1GAZGPF77N121430**2** (25-FBI-003527);

**Clothing/Shoes/Accessories:**

bb. Box of Clothing (24-FBI-008706):
1. THRT, tan and cammo leather pants;
2. Black Gucci pants, size XXXL, style 698426;
3. Black Gucci jacket, red and green stripes down sleeves, size XXXL, style 696802;
4. We Are Legend, tan long sleeved shirt;

5. We Are Legend button shirt, orange and black sealed in bag;
6. We Are Legend pants, orange and black sealed in bag;
7. Paper Planes pants, diamond pattern, gray, white, and black;
8. Detroit Pistons #2 shirt;
9. Detroit Pistons Basketball dry fit long sleeve shirt;
10. Green and white striped collared shirt;
11. THRT jeans;
12. Paper Planes Robe XL/XXL, diamond pattern, gray, white, and black;
13. Puma, dry cell pants, black;
14. Puma, black jacket, 3XL;
15. Paper Planes knit pants, black, style 610003;
16. Paper Planes knit pants, black with white around ankles, style 610013;
17. Paper Planes solid black pants, style 600112;
18. Paper Planes solid black pants, style 600112;
19. Paper Planes solid black pants, style 600112;
20. Gray pony socks;
21. White Paper Planes socks;
22. Black Paper Planes socks;
23. Black Paper Planes knit beanie;
24. Black Paper Planes t-shirt;

ee. Miscellaneous Shoes (24-FBI-008709):
1. Gucci Men's Monogram Logo Low-top white Sneaker size 13 in box;
2. Puma Men's Clyde OG 75 Lace Up Sneakers size 13 in box;

gg. Miscellaneous Shoes (24-FBI-008711):
1. Louboutin Triumph Bally 1851 sneakers, white/blue calf plain, size 13 in box;
2. Gucci shearling loafers blue with red and green strip size 13 in box;
3. Gucci tennis 1977 GG canvas casual men's brown sneakers size 13;
4. Gucci Ace Stripe Leather Sneaker, 'White Red Black' Men's Size 12 1/2 in box;

ll. Two (2) Ballgowns (24-FBI-008717):
1. Navy Chiara Boni ballgown;

2. Navy lace Janique ballgown, style JA5013, size 16;

**Miscellaneous Property/Assets:**

rr. All proceeds from the sale of Duo Lounge (25-FBI-003767);

ss. All of William Smith's interests/assets related to CO2 Investments, LLC, including but not limited to a $50,000 investment held in escrow, and any dividend or payout he may be owed (25-FBI-003792);

**Real Property:**

xx. $5,000.00 in lieu of real property located at 14026 Mark Twain, Detroit, MI 48223 (25-FBI-002987);

eee. $67,432.83 sale proceeds in lieu of real property commonly known as Vacant Lots, Delta Pl., Idlewild, Michigan plus any additional funds realized after closing (25-FBI-003255);

ppp. $86,398.97 sale proceeds in lieu of 2087 Holtz Lane, Atlanta plus any additional funds realized after closing (25-FBI-002166);

**Newly discovered property available for forfeiture:**

sss. Cash/Currency in lieu of Tenant Street Sweeper S20 in the possession of William Smith at 12801 Inkster Rd., Livonia, MI (25-FBI-003691);

ttt. Cash/Currency in lieu of Tenant Street Sweeper S30 in the possession of William Smith at 12801 Inkster Rd., Livonia, MI (25-FBI-003692); and

uuu. Cash/Currency in lieu of 2015 Load Trail Trailer in the possession of William Smith at 12801 Inkster Rd., Livonia, MI VIN: 4ZESA1017F1078715 (25-FBI-003693).

2. In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an

official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning August 22, 2025, and ending on September 20, 2025, as evidenced by the Declaration of Publication and Advertisement. (ECF No. 75).

3. On or about September 15, 2025, November 6, 2025, November 7, 2025, February 2, 2026 and April 14, 2026 the United States also provided direct written notice of the forfeiture to person(s) known to have an alleged interest in the property subject to the order(s) of forfeiture pursuant to 21 U.S.C. § 853(n)(1). (ECF No. 53, 55, 56, 57, and 61).

4. No person or entity has filed a petition for the Forfeited Property with the Court in accordance with 21 U.S.C. § 853(n)(3), and the time for filing a petition has expired. *Id*. § 853(n)(2).

5. Further, the Stipulated Preliminary Order of Forfeiture, as amended, provides that it will become the Final Order of Forfeiture in the absence of any third-party petitions, as provided by Fed. R. Crim. P. 32.2(c)(2). (ECF No. 32, at PageID.268).

WHEREFORE, pursuant to 21 U.S.C. § 853(n)(7), and the Stipulated Preliminary Order of Forfeiture, as amended, the Stipulated Preliminary Order of Forfeiture, as amended, is now final as to the Forfeited Property and the United States is vested with clear title to the Forfeited Property that is subject to the Stipulated Preliminary Order of Forfeiture, as amended, and it may warrant good

title to any subsequent purchaser or transferee and/or dispose of the Forfeited Property according to law.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

S/Jessica A. Nathan
Jessica A. Nathan (TX 24090291)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9643
Jessica.Nathan@usdoj.gov

Dated: September 17, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, the foregoing document was electronically filed using the ECF system which will send notification of such filing to all ECF participants.

S/Jessica A. Nathan
Jessica A. Nathan (TX 24090291)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9643
Jessica.Nathan@usdoj.gov